## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

JEFFREY FRANZ and BRANDI FRANZ, as NEXT FRIEND For RILEY FRANZ, a Minor, and JEFFREY FRANZ and BRANDI FRANZ, as NEXT FRIEND For BELLA FRANZ, a Minor,

          Case No.: 2:21-cv-12871-MAG-APP

 Plaintiffs,

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, SUPERINTENDENT TIMOTHY THRONE, PRINCIPAL STEVEN WOLF, DEAN OF STUDENTS RYAN MOORE, COUNSELOR #1, COUNSELOR #2, STAFF MEMBER, TEACHER #1 and TEACHER #2 In their Individual Capacity,

 Defendants.

---

GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON (P65351)
ROBERT G. KAMENEC (P35283)
NORA Y. HANNA (P80067)
MILICA FILIPOVIC (P80189)
*Fieger, Fieger, Kenney & Harrington, P.C.*
Attorneys for Plaintiffs
19390 West Ten Mile Road
Southfield, MI 48075
P: (248) 355-5555
F: (248) 355-5148
g.fieger@fiegerlaw.com
j.harrington@fiegerlaw.com
r.kamenec@fiegerlaw.com
n.hanna@fiegerlaw.com
m.filipovic@fiegerlaw.com

## **APPEARANCE OF GEOFFREY N. FIEGER**

1

PLEASE ENTER the Appearance of Geoffrey N. Fieger, as Counsel for Plaintiffs' Jeffrey Franz and Brandi Franz, as Next Friend for Riley Franz, a Minor, and Jeffrey Franz and Brandi Franz as Next Friend for Bella Franz, a Minor, in the above-entitled cause of action.

Respectfully submitted,

*/s/Geoffrey N. Fieger*
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON (P65351)
ROBERT G. KAMENEC (P35283)
NORA Y. HANNA (P80067)
MILICA FILIPOVIC (P80189)
*Fieger, Fieger, Kenney & Harrington, P.C.*
Attorneys for Plaintiffs
19390 West Ten Mile Road
Southfield, MI 48075
P: (248) 355-5555
F: (248) 355-5148
g.fieger@fiegerlaw.com
j.harrington@fiegerlaw.com
r.kamenec@fiegerlaw.com
n.hanna@fiegerlaw.com
m.filipovic@fiegerlaw.com

Dated: December 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/: Samantha M. Teal*
**Legal Assistant to Geoffrey N. Fieger**

2