**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEFFREY FRANZ, et al.,

          Case No. 21-cv-12871

Plaintiffs,          HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

Defendants.

## INDEX OF EXHIBITS TO PLAINTIFFS' *EX-PARTE* MOTION TO PRESERVE AND RESTORE EVIDENCE

- **Exhibit 1-Preservation and Request Letters**

- **Exhibit 2 –Proposed Order Submitted to Court through Utilities**

Dated: December 10, 2021

          Respectfully submitted,
          */s/Nora Y. Hanna*
          GEOFFREY N. FIEGER (P30441)
          NORA Y. HANNA (P80067)
          *Fieger, Fieger, Kenney & Harrington, P.C.*
          Attorneys for Plaintiffs
          19390 West Ten Mile Road
          Southfield, MI 48075
          P: (248) 355-5555
          n.hanna@fiegerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/: Samantha M. Teal*
**Legal Assistant to Geoffrey N. Fieger**

Fieger, Fieger, Kenney & Harrington, p.c. • A Professional Corporation
19390 West Ten Mile Road • Southfield Michigan 48075 • Telephone (248) 355-5555 • Fax (248) 355-5148