**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEFFREY FRANZ, et al.,

Plaintiffs,

Case No. 21-cv-12871

HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

Defendants.

## EXHIBIT 2 TO PLAINTIFFS' *EX-PARTE* MOTION TO PRESERVE AND RESTORE EVIDENCE

Fieger, Fieger, Kenney & Harrington, p.c. · A Professional Corporation
19390 West Ten Mile Road · Southfield Michigan 48075 · Telephone (248) 355-5555 · Fax (248) 355-5148

{01209039.DOCX}

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEFFREY FRANZ, et al.,

Plaintiffs,

Case No. 21-cv-12871

HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

Defendants.

## ORDER REGARDING *EX-PARTE* MOTION TO PRESERVE AND RESTORE EVIDENCE

**IT IS HEREBY ORDERED** that the following entities and individuals shall preserve any all data, metadata, evidence, records, recordings, statements, videos, audio, writings, and/or any other potential evidence that relates to the subject litigation, including electronically stored evidence or tangible evidence:

a. All Defendants and/or potential Defendants

b. Verizon

c. T-Mobile/Metro PCS

d. AT&T

e. Abby Ridge Apartments

f. Meijer Store

g. Tim Hortons Café and Bakeshop

FIEGER, FIEGER, KENNEY & HARRINGTON, P.C. • A PROFESSIONAL CORPORATION
19390 WEST TEN MILE ROAD • SOUTHFIELD MICHIGAN 48075 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148

h. Oakland County Dispatch

i. Office of the Michigan Attorney General

j. Oakland County Prosecutor

k. Michigan State Police

l. Oakland County Sheriff's Office

m. Department of Justice

n. Federal Bureau of Investigations

o. Oxford Community School District

p. Instagram

q. Facebook

r. Snapchat

s. Ticktock

t. YouTube

u. LinkedIn

**IT IS FURTHER ORDERED** that Defendants are required to halt any further destruction or modification of evidence, including electronically stored evidence and tangible evidence.

**IT IS ALSO ORDERED** that Defendants are required to restore any electronically stored evidence including social media and webpages.

**IT IS SO ORDERED.**

Dated: _____          _____

MARK A. GOLDSMITH

United States District Judge

*This is not a final order and does not close the case.*