UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

          Plaintiffs,

Case No. 21-cv-12871

vs.

HON. TERRENCE G. BERG

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

          Defendants.
_____/

**ORDER REGARDING PLAINTIFFS' *EX PARTE* MOTION TO PRESERVE AND RESTORE EVIDENCE**

Before the Court is an *ex parte* motion to preserve and restore evidence filed by Plaintiffs Jeffrey Franz and Brandi Franz, Next Friends of Minor Plaintiffs Riley Franz and Bella Franz (Dkt. 11).

Upon the premises presented in Plaintiffs' motion, Defendants are hereby ordered to preserve all electronically stored evidence that relates to the subject litigation.

IT IS SO ORDERED.

Dated: December 10, 2021
Detroit, Michigan

s/Terrence G. Berg_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE, PRESIDING

1