# EXHIBIT A

## DECLARATION OF RYAN MOORE

I am Ryan Moore, and I have personal knowledge of the following matters:

1. I was not the Dean of Students at Oxford High School on November 30, 2021.

2. The allegations against me contained in Fieger's lawsuit, Case No. 21-cv-12871, are completely false.

3. As a result of being improperly named in Fieger's lawsuit, my photo has been broadcasted in the news and across several media outlets.

4. I am aware that the Oakland County Sheriff's deputies are now investigating more than a dozen new threats against school administrators in Oxford. As a result of being improperly named in Fieger's lawsuit, I am now afraid for my own safety, and afraid for the safety of my family.

5. As a result of being improperly named in Fieger's lawsuit, I was forced to install a reinforced steel front door on my residential home to protect my family.

6. As a result of being improperly named in Fieger's lawsuit, I was forced to install new locks to protect my family.

7. As a result of being improperly named in Fieger's lawsuit, I removed my kids from school early for their safety.

8. I am a member of Oxford Community School's Trauma Response Team. As a result of being improperly named in Fieger's lawsuit, my ability to render effective aide and counseling to the Oxford Community has been hindered.

9. As a result of being improperly named in Fieger's lawsuit, I have suffered reputational harm and I worry about my future employability.

10. As a result of being improperly named in Fieger's lawsuit, I have experienced a significant increase in emotional stress during an already traumatic time for the Oxford Community, that has negatively impacted all aspects of my daily life.

**I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. 1746).**

Executed on:

DATE: December 14, 2021

SIGNATURE:__/s/ Ryan Moore_____