**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFREY FRANZ, et al.,

    Plaintiffs,

Case No. 21-cv-12871
HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

**INDEX OF EXHIBITS FOR**
**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MOORE'S MOTION TO DISMISS/SUMMARY JUDGEMENT, MOTION FOR SANCTIONS, AND MOTION FOR IMMEDIATE CONSIDERATION**

**Exhibit 1-** Statement of Superintendent 12/04/2021

**Exhibit 2-** Screenshot from Oxford High School's Webpage, dated 12/14/2021

**Exhibit 3-** Screenshot from Google Cache Data of Oxford high School Dean of Student's Page-Identifying Ryan Moore, 11/18/2021

**Exhibit 4-** Screenshot from Oxford High School Dean of Student's Page-Identifying Ryan Moore obtained through Web Archives)

**Exhibit 5-** Screenshot of Defendant Moore's LinkedIn Page

**Exhibit 6-** Letters from Timothy J. Mullins, dated 12/09/2021

**Exhibit 7-** Text Exchange between Plaintiff's Counsel and Timothy Mullins, dated 12/09/2021 [Phone Number Redacted for Privacy]

**Exhibit 8-** Declaration of James J. Harrington, IV.

Respectfully submitted,

Dated: December 16, 2021

*/s/Nora Y. Hanna*
GEOFFREY N. FIEGER (P30441)
NORA Y. HANNA (P80067)
*Fieger, Fieger, Kenney & Harrington, P.C.*
Attorneys for Plaintiffs
19390 West Ten Mile Road
Southfield, MI 48075
P: (248) 355-5555
n.hanna@fiegerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/: Samantha M. Teal*
**Legal Assistant to Geoffrey N. Fieger**

{01213444.DOCX}                                   2