# EXHIBIT 3

This is Google's cache of http://oxfordhigh.oxfordschools.org/administration/dean_of_students__ryan_moore. It is a snapshot of the page as it appeared on Nov 18, 2021 10:34:58 GMT. The current page could have changed in the meantime. Learn more.

Full version Text-only version View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

# DEAN OF STUDENTS, RYAN MOORE

Ryan Moore

RYAN MOORE
Dean of Students

CONTACT
ryan.moore@oxfordschools.org
248.969.5100 Ext. 5106

EDUCATION

JOINED OXFORD COMMUNITY SCHOOLS
July 2018

Website by SchoolMessenger Presence © 2021 Intrado Corporation. All rights reserved.

