# EXHIBIT 4



{01213696.DOCX}