# EXHIBIT 5

linkedin.com/in/ryan-moore-74b11998/

Apps Bookmarks Calculator: Add to... Michigan Workers'... Perform Home Account and Payme... Title 49 Sub

Search

Home My Network 10 Jobs Messaging 3

# Ryan Moore · 3rd

Oxford Community Schools

Clarkston, Michigan, United States · Contact info

230 connections

Message More

Licensed Professional Counselor

Spring Arbor University

## Activity

232 followers

Posts Ryan created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**Licensed Professional Counselor**
Licensed Professional Counselor
May 2005 – Present · 16 yrs 8 mos

**Dean of Students**
Oxford community schools
Aug 2018 – Present · 3 yrs 5 mos

