# EXHIBIT 6

# GIARMARCO, MULLINS & HORTON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

Detroit ▼ Troy ▼ Florida

Direct Dial (248) 457-7020
Facsimile (248) 404-6320
E-Mail: tmullins@gmhlaw.com

Salvatore A. Amodeo
John A. Anderson
Peter J. Bill
Michael L. Bosnic
Robert A. Bryant
Thomas P. Cavanaugh
Kenneth B. Chapie
Anthony K. Chubb
John C. Clark
Travis M. Comstock
George A. Contis

Kellie S. DeVito
Elizabeth A. Favaro
Kara S. Ferrara
Timothy D. Finegan
John R. Fleming
John J. Giarmarco
Julius H. Giarmarco
Bruce W. Haffey
William H. Heritage, III
Stephen J. Hitchcock
William H. Horton

Nina M. Jankowski
Keela P. Johnson
Salvatore J. LaMendola
Alexander Lebedinski
Victoria S. Lehman
Adam Levitsky
John L. Miller
Karie Miller
Timothy J. Mullins
Ryan L. Perry
Dennis M. Rauss

James Y. Rayis
Annabel F. Shea
Lauren M. Studley
Paul A. Thursam
Jared M. Trust
Geoffrey S. Wagner
Donald K. Warwick
Matthew S. Weaver
Richard A. Wojewoda
LeRoy H. Wulfmeier, III

Of Counsel
Lance T. Denha (Florida)
David G. Gorcyca
Albert Taylor Nelson, Jr
Peter J. Sarkesian
Lawrence F. Schiller

December 9, 2021

g.fieger@fiegerlaw.com
Geoffrey N. Fieger, Esq.
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI 48075

Re: **Franz v Oxford Community Schools**
**File No. 99957**

Dear Ms. Moore:

I represent Oxford Schools. I have received your lawsuit and note that you have named Mr. Ryan Moore as a Defendant. Mr. Moore is not the Dean of Students at the High School and has not been employed at the High School for more than one year. All of your allegations regarding Mr. Moore are false.

I demand that you retract all allegations and references relating to Mr. Moore. It is this type of misrepresentation that has resulted in school employees receiving death threats. I insist you publicly retract this lie and apologize to Mr. Moore.

Very truly yours,

Timothy J. Mullins

TJM/eab

cc: James J. Harrington, Esq. j.harrington@fiegerlaw.com
Robert G. Kamenec, Esq. r.kamenec@fiegerlaw.com
Nora Y. Hanna, Esq. n.hanna@fiegerlaw.com
Milica Filipovic, Esq. m.filipovic@fiegerlaw.com

# GIARMARCO, MULLINS & HORTON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

Detroit ▼ Troy ▼ Florida

Direct Dial (248) 457-7020
Facsimile (248) 404-6320
E-Mail: tmullins@gmhlaw.com

Salvatore A. Amodeo
John A. Anderson
Peter J. Bill
Michael L. Bosnic
Robert A. Bryant
Thomas P. Cavanaugh
Kenneth B. Chapie
Anthony K. Chubb
John C. Clark
Travis M. Comstock
George A. Contis

Kellie S. DeVito
Elizabeth A. Favaro
Kara S. Ferrara
Timothy D. Finegan
John R. Fleming
John J. Giarmarco
Julius H. Giarmarco
Bruce W. Haffey
William H. Heritage, III
Stephen J. Hitchcock
William H. Horton

Nina M. Jankowski
Keela P. Johnson
Salvatore J. LaMendola
Alexander Lebedinski
Victoria S. Lehman
Adam Levitsky
John L. Miller
Karie Miller
Timothy J. Mullins
Ryan L. Perry
Dennis M. Rauss

James Y. Rayis
Annabel F. Shea
Lauren M. Studley
Paul A. Thursam
Jared M. Trust
Geoffrey S. Wagner
Donald K. Warwick
Matthew S. Weaver
Richard A. Wojewoda
LeRoy H. Wulfmeier, III

Of Counsel
Lance T. Denha (Florida)
David G. Gorcyca
Albert Taylor Nelson, Jr
Peter J. Sarkesian
Lawrence F. Schiller

December 9, 2021

g.fieger@fiegerlaw.com
Geoffrey N. Fieger, Esq.
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI 48075

Re: **Franz v Oxford Community Schools**
**File No. 99957**

Dear Mr. Fieger:

I represent Oxford Schools. I have received your lawsuit and note that you have named Mr. Ryan Moore as a Defendant. Mr. Moore is not the Dean of Students at the High School and has not been employed at the High School for more than one year. All of your allegations regarding Mr. Moore are false.

I demand that you retract all allegations and references relating to Mr. Moore. It is this type of misrepresentation that has resulted in school employees receiving death threats. I insist you publicly retract this lie and apologize to Mr. Moore.

Very truly yours,

Timothy J. Mullins

TJM/eab

cc: James J. Harrington, Esq.  j.harrington@fiegerlaw.com
    Robert G. Kamenec, Esq.   r.kamenec@fiegerlaw.com
    Nora Y. Hanna, Esq.       n.hanna@fiegerlaw.com
    Milica Filipovic, Esq.    m.filipovic@fiegerlaw.com

# GIARMARCO, MULLINS & HORTON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

Detroit ▼ Troy ▼ Florida

Direct Dial (248) 457-7020
Facsimile (248) 404-6320
E-Mail: tmullins@gmhlaw.com

Salvatore A. Amodeo
John A. Anderson
Peter J. Bill
Michael L. Bosnic
Robert A. Bryant
Thomas P. Cavanaugh
Kenneth B. Chapie
Anthony K. Chubb
John C. Clark
Travis M. Comstock
George A. Contis

Kellie S. DeVito
Elizabeth A. Favaro
Kara S. Ferrara
Timothy D. Finegan
John R. Fleming
John J. Giarmarco
Julius H. Giarmarco
Bruce W. Haffey
William H. Heritage, III
Stephen J. Hitchcock
William H. Horton

Nina M. Jankowski
Keela P. Johnson
Salvatore J. LaMendola
Alexander Lebedinski
Victoria S. Lehman
Adam Levitsky
John L. Miller
Karie Miller
Timothy J. Mullins
Ryan L. Perry
Dennis M. Rauss

James Y. Rayis
Annabel F. Shea
Lauren M. Studley
Paul A. Thursam
Jared M. Trust
Geoffrey S. Wagner
Donald K. Warwick
Matthew S. Weaver
Richard A. Wojewoda
LeRoy H. Wulfmeier, III

Of Counsel
Lance T. Denha (Florida)
David G. Gorcyca
Albert Taylor Nelson, Jr
Peter J. Sarkesian
Lawrence F. Schiller

December 9, 2021

g.fieger@fiegerlaw.com
Geoffrey N. Fieger, Esq.
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI 48075

Re: **Franz v Oxford Community Schools**
**File No. 99957**

Dear Mr. Fieger:

I represent Oxford Schools. I have received your lawsuit and note that you have named Mr. Ryan Moore as a Defendant. Mr. Moore is not the Dean of Students at the High School and has not been employed at the High School for more than one year. All of your allegations regarding Mr. Moore are false.

I demand that you retract all allegations and references relating to Mr. Moore. It is this type of misrepresentation that has resulted in school employees receiving death threats. I insist you publicly retract this lie and apologize to Mr. Moore.

The Prosecutor has requested that we not comment on these matters to avoid compromising the ongoing prosecutorial proceedings. Furthermore, to allow the entire community the ability to grieve, I have no intention of litigating this matter in the media.

Very truly yours,

Timothy J. Mullins

TJM/eab

cc: James J. Harrington, Esq. j.harrington@fiegerlaw.com
Robert G. Kamenec, Esq. r.kamenec@fiegerlaw.com
Nora Y. Hanna, Esq. n.hanna@fiegerlaw.com
Milica Filipovic, Esq. m.filipovic@fiegerlaw.com