# EXHIBIT 7

Today 8:35 PM

> Good evening Tim. This is Jim Harrington from Geoffrey Fieger's office. Getting back to you about your letter. Sorry to text so late. Feel free to call or text anytime to discuss.

His picture was on tv tonight.

> If you would let me know who the dean of students is we are happy to substitute out.

My client has been defamed Nationwide, you have put his picture on a target he is not happy. I have told you what to do.

> Do you represent him? Your letter says school only? Will you be representing all defendants. Not sure how you can with all allegations present. Seems like a conflict to represent all.
>
> Please advise as to the appropriate dean of students and we are happy to substitute him out tomorrow. If you don't provide who you believe to be the correct name then you can explain to your client why he's still in the case. I'm providing a reasonable



> representing all defendants. Not sure how you can with all allegations present. Seems like a conflict to represent all.
>
> Please advise as to the appropriate dean of students and we are happy to substitute him out tomorrow. If you don't provide who you believe to be the correct name then you can explain to your client why he's still in the case. I'm providing a reasonable alternative. If you wish to be difficult again, you can tell your client. We have a good faith basis that was in fact in the position we alleged he was in.

You have no good faith basis and are acting in regress disregard of the truth and have been so advised.

Sic. Reckless disregard

> You haven't appeared for anyone. You are in conflict representing everyone. I've provided a reasonable alternative and any judge looking at this text string where I've offered a reasonable resolution to this issue will likely see your obstructive acts as unreasonable.
>
> Delivered