# Summons and Complaint Return of Service

Case No. 21-cv-12871
Hon. Mark A. Goldsmith

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for *(name of individual and title, if any)* Timothy Throne
was received by me on *(date)* 12-15-21.

☒ I personally served the summons on the individual at *(place)* 2670 S. LAKE PLEASANT RD METAMORA, MI on *(date)* 12-18-21 @ 1801 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 0 for travel and $ 38 for services, for a total of $ 38.

I declare under penalty of perjury that this information is true.

Date: 12-18-21

_Server's signature_

Adam Kwiatkowski, server
_Printed name and title_

2735 Trowbridge St, Hamtramck, MI
_Server's address_

Additional information regarding attempted service, etc: