Case 2:21-cv-12871-MAG-APP ECF No. 20, PageID.343 Filed 12/22/21 Page 1 of 1
AO 440 (Rev. 06/12) Summons in a Civil Action

15146

# Summons and Complaint Return of Service

Case No. 21-cv-12871
Hon. Mark A. Goldsmith

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Oxford Community School District
was received by me on *(date)* 12-15-21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Timothy Throne , who is
designated by law to accept service of process on behalf of *(name of organization)* Oxford Community
Schools, 2670 S Lake Pleasant Rd, Metamora, MI on *(date)* 12-18-21 @ 180 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____.

My fees are $ 94.08 for travel and $ 38 for services, for a total of $ 132.08 .

I declare under penalty of perjury that this information is true.

Date: 12-18-21

_____
Server's signature

Adam Kwiatkowski, Server
Printed name and title

2735 Trowbridge St, Hamtramck, MI
Server's address

Additional information regarding attempted service, etc: