UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

      Plaintiffs,                            Hon. Mark A. Goldsmith

v                                                     No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
RYAN MOORE, COUNSELOR #1,
COUNSELOR #2, STAFF MEMBER,
TEACHER #1 and TEACHER #2,

      Defendants.
_____/

| | |
|---|---|
| GEOFFREY N. FIEGER (P30441) | TIMOTHY J. MULLINS (P28021) |
| JAMES J. HARRINGTON (P65351) | KENNETH B. CHAPIE (P66148) |
| ROBERT G. KAMENEC (P35283) | JOHN L. MILLER (P71913) |
| NORA Y. HANNA (P80067) | ANNABEL F. SHEA (P83750) |
| MILICA FILIPOVIC (P80189) | *Giarmarco, Mullins & Horton, P.C.* |
| *Fieger, Fieger, Kenney & Harrington, P.C.* | Attorneys for Defendants, Oxford |
| Attorneys for Plaintiffs | Community Schools, Timothy Throne, |
| 19390 West Ten Mile Road | Steven Wolf and Ryan Moore |
| Southfield, MI 48075 | 101 W. Big Beaver Road, 10th Floor |
| (248) 355-5555 | Troy, MI 48084-5280 |
| g.fieger@fiegerlaw.com | (248) 457-7020 |
| j.harrington@fiegerlaw.com | tmullins@gmhlaw.com |
| r.kamenec@fiegerlaw.com | kchapie@gmhlaw.com |
| n.hanna@fiegerlaw.com | jmiller@gmhlaw.com |
| m.filipovic@fiegerlaw.com | ashea@gmhlaw.com |

## **NOTICE OF APPEARANCE**

      PLEASE enter the appearance of KENNETH B. CHAPIE of GIARMARCO,

MULLINS & HORTON, P.C. on behalf of Defendants, OXFORD COMMUNITY

SCHOOLS, TIMOTHY THRONE and STEVEN WOLF, with regard to the above-captioned matter.

/s/KENNETH B. CHAPIE<br>
GIARMARCO, MULLINS & HORTON, PC<br>
Attorney for Defendants, Oxford Community Schools, Timothy Throne, Steven Wolf and Ryan Moore

DATED:  December 28, 2021

## CERTIFICATE OF ELECTRONIC SERVICE

KENNETH B. CHAPIE states that on December 28, 2021, he did serve a copy of his **Notice of Appearance** via the United States District Court electronic transmission.

/s/KENNETH B. CHAPIE<br>
GIARMARCO, MULLINS & HORTON, PC<br>
Attorney for Defendants, Oxford Community Schools, Timothy Throne, Steven Wolf and Ryan Moore<br>
101 W. Big Beaver Road, 10th Floor<br>
Troy, MI 48084-5280<br>
(248) 457-7048<br>
kchapie@gmhlaw.com<br>
P66148