UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

    Plaintiffs,

Case No. 21-cv-12871
HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

**MOTION *INSTANTER* TO FILE A REPLY BRIEF TO DEFENDANT'S RESPONSE TO PLAINTIFFS' *EX-PARTE* EMERGENCY MOTION FOR LEAVE TO ISSUE RULE 45 SUBPOENAS, OR IN THE ALTERNATIVE FOR COURT ISSUED SUBPOENAS**

    **NOW COME** Plaintiffs by and through their attorneys, *Fieger, Fieger, Kenney & Harrington, P.C.,* and file this Motion *Instanter* to File a Reply Brief to Defendant's Response to Plaintiffs' *Ex-Parte* Emergency Motion for Leave to Issue Rule 45 Subpoenas, or in the alternative for Court Issued Subpoenas. The local rules of the Eastern District of Michigan limit a reply to a response within seven (7) days, without prior leave of the Court.  In this case, there is good cause shown for submitting a reply to a response beyond the seven (7) day limitation.

    A reply to the response was due on or before December 23, 2021.  At the time the reply was due, there was not a necessity for a reply. However, new information has become available on the evening of the filing deadline, which is pertinent to the Court's consideration of Plaintiff's emergency *Ex-Parte* motion.

FIEGER, FIEGER, KENNEY & HARRINGTON, P.C. • A PROFESSIONAL CORPORATION
19390 WEST TEN MILE ROAD • SOUTHFIELD MICHIGAN 48075 • TELEPHONE (248) 355-5555 • FAX (248) 355-5148

In short, the purpose of the late filed reply is not to waste the Court's time, but to aid it in deciding the pending motion and offer information that was not available at the time Plaintiff's Reply to Defendant's Response was due.

Accordingly, Plaintiffs by and through their attorneys, *Fieger, Fieger, Kenney & Harrington, P.C.,* respectfully request that this Court grant the instant motion and allow for the filing of the attached Reply and allow Defendants the opportunity to issue a sur-reply within seven (7) days.

Respectfully submitted,

*/s/Milica Filipovic*
GEOFFREY N. FIEGER (P30441)
MILICA FILIPOVIC (P80189)
*Fieger, Fieger, Kenney & Harrington, P.C.*
Attorneys for Plaintiffs
19390 West Ten Mile Road
Southfield, MI 48075
P: (248) 355-5555
m.filipovic@fiegerlaw.com

Dated: December 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys.

*/s/       Samantha M. Teal*
**Legal Assistant to Geoffrey N. Fieger**