# EXHIBIT 1



# KAREN D. McDONALD
Office of the Prosecuting Attorney, Oakland County Michigan

1200 North Telegraph Road • West Wing, Building 14-E • Pontiac, Michigan 48341
Phone: 248-858-0656 • Fax: 248-858-0660

David W. Williams, Chief Assistant Prosecutor

December 15, 2021

Nora Hanna
Fieger, Fieger, Kenney & Harrington
19390 West Ten Mile Road
Southfield, MI 48075-2463

VIA EMAIL: n.hanna@fiegerlaw.com

Re: *Oxford High School Shooting, November 30, 2021*
Your File No.: 22213

Dear Ms. Hanna:

This letter is in response to your Freedom of Information request dated December 10, 2021 and received by this Office on the same date.

Your request is denied at this time pursuant to the following exemptions: MCL 15.243(1)(b)(i) and (ii). The records you seek are investigating records related to ongoing criminal proceedings. At this time, release of the records would interfere with these proceedings and jeopardize the defendants' right to a fair trial. You also seek records that are protected by the attorney-client and attorney work-product privileges, which are exempt pursuant to MCL 15.243(1)(g) and (h). The Oakland County Prosecutor's Office will continue to preserve all records in accordance with the applicable laws. You may resubmit your request at a later date (e.g., when the case concludes).

Sincerely,

KAREN D. MCDONALD
PROSECUTING ATTTORNEY

Jennifer C. Zerba
Paralegal, FOIA Coordinator

# FOIA Appeals

**Appeal of FOIA Denial.** Denial of a FOIA request may be appealed to the head of the public body that denied the FOIA request. (i.e., a FOIA request denied by the FOIA Coordinator of an elected official may be appealed to the elected official responsible for that department.)

> For appeals, the requestor should submit a written appeal that specifically states the word "appeal" and identifies the reason(s) for reversal. Within ten business days after receiving the appeal, the head of the public body will do one of the following: (1) reverse the denial (2) uphold the denial, (3) reverse the denial in part and uphold the denial in part, or (4) under unusual circumstances, issue a notice extending up to ten business days the period during which the department head will decide the written appeal. The head of the public body will not issue more than one extension per appeal.

A requestor may appeal a denial of a FOIA request by a FOIA Coordinator, or by the head of a public body, by commencing a civil action. You may begin a civil action in circuit court to compel the public body's disclosure of the public records within 180 days after a public body's final determination to deny a request.

You have the right to receive attorneys' fees and damages as provided in MCL 15.240 if, after judicial review, the court determines that the public body has not complied with MCL 15.235 and orders disclosure of all or a portion of a public record.

**Appeal of FOIA Fee.** The amount charged for a FOIA fee may be appealed to the head of the public body that requested the fee in response to the FOIA request. (i.e., a FOIA fee requested by the FOIA Coordinator of an elected official may be appealed to the elected official responsible for that department.)

> - The requestor should submit a written appeal that specifically states the word "appeal" and identifies how the required fee exceeds the amount permitted under the public body's available procedures and guidelines or FOIA. Within ten business days after receiving the appeal, the head of the public body will do one of the following: (1) waive the fee, (2) reduce the fee and issue a written determination to the requesting person indicating the specific basis under FOIA that supports the remaining fee; the determination will include a certification that the statements in the determination are accurate and that the reduced fee amount complies with these procedures and guidelines and FOIA, (3) uphold the fee and issue a written determination to the requesting person indicating the specific basis under FOIA that supports the fee; the determination will include a certification that the statements in the determination are accurate and that the fee amount complies with these procedures and guidelines and FOIA, (4) issue a notice extending up to ten business days the period during which the head of the public body must respond to the written appeal. The head of public body will not issue more than one extension per appeal.

A requester may appeal the decision regarding a FOIA fee by commencing a civil action. A requestor may not commence a civil action regarding a FOIA fee unless he or she first appealed the fee to the head of the public body.