# EXHIBIT 2

**Samantha Teal**

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

**From:** Oakland County Record Center <oaklandcountymi@mycusthelp.net>
**Sent:** Friday, December 17, 2021 9:23 AM
**To:** Nora Hanna <n.hanna@fiegerlaw.com>
**Subject:** Freedom of Information Act (FOIA) Request :: F006893-121421


--- Please respond above this line ---



## COUNTY OF OAKLAND
## OFFICE OF THE SHERIFF
### MICHAEL J. BOUCHARD

12/17/2021

Nora Hanna

1

Fieger, Fieger, Kenny & Harrington

19390 West Ten Mile Rd.
Southfield, MI 48075
n.hanna@fiegerlaw.com

RE: FOIA REQUEST of December 14, 2021, Reference # F006893-121421

Dear Nora Hanna:

This letter is in response to your Freedom of Information Act (FOIA) request referenced above.

Your request is denied at this time pursuant to the following exemptions: MCL 15.243(1)(b)(i)(would interfere with law enforcement proceedings) and (ii)(would deprive right to fair trial). We will continue to preserve all records in accordance with the applicable laws. You may resubmit your request at a later date when these exemptions no longer apply (e.g., when the criminal case concludes).

### YOUR FURTHER LEGAL RIGHTS

To the extent that this response, in your opinion, constitutes a denial of your Freedom of Information Act (FOIA) rights, your statutory remedies are as follows:

For FOIA denials, you may submit to the head of the public body a written appeal that specifically states the word "appeal" and identifies the reason or reasons for reversal of the denial. Within 10 business days after the head of the public body receives a written appeal he or she will do one of the following:

1. Reverse the denial.
2. Issue a written notice to you upholding the denial.
3. Reverse the denial in part and issue a written notice to you upholding the denial in part.
4. Under unusual circumstances, issue a notice extending for not more than 10 business days the time to respond.

You may begin a civil action in circuit court to compel the public body's disclosure of the public records within 180 days after a public body's final determination to deny a request.

You have the right to receive attorneys' fees and damages as provided in MCL 15.240 if, after judicial review, the court determines that the public body has not complied with MCL 15.235 and orders disclosure of all or a portion of a public record.

For fee appeals, if the public body requires a fee that, in your opinion, exceeds the amount permitted under its procedures and guidelines or MCL 15.234, you may submit to the head of the public body a written fee appeal for a fee reduction that specifically states the word "appeal" and identifies how the required fee exceeds the amount permitted. Within 10 business days after the head of the public body receives a written fee appeal, he or she will do one of the following:

1. Waive the fee.
2. Reduce the fee and issue a written determination to the requesting person indicating the basis for the remaining fee.
3. Uphold the fee and issue a written determination to the requesting person indicating the basis for upholding the fee.
4. If necessary, issue a notice extending for not more than 10 business days the time to respond.

Within 45 days after the head of the public body issues a written determination on the fee appeal or if the head of the public body failed to respond to the fee appeal, you may begin a civil action in circuit court.

Oakland County's FOIA Procedures and Guidelines, and its Public Summary, can be found at
https://link.edgepilot.com/s/0d587fad/4MW29ysoZ0eyBRHWrtkDPw?u=https://www.oakgov.com/FOIA

Sincerely,


Adam Blankenship
Sheriff's Office

To monitor the progress or update this request please log into the FOIA Record Center.

[This message was sent from outside the organization. Please do not click links or open attachments unless you recognize the source of this email and know the content is safe. CASS Tech Security Team]