UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

      Plaintiffs,

vs.

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

      Defendants.
_____/

Case No. 21-cv-12871

HON. MARK A. GOLDSMITH

## ORDER REGARDING THE FILING OF A MOTION TO STAY PROCEEDINGS

At today's hearing on Plaintiffs' motion for issuance of subpoenas (Dkt. 13) and Defendant Ryan Moore's motion to dismiss (Dkt. 14), Defendants stated their intention to file a motion to stay proceedings. Any such motion must be filed on or before January 24, 2022. Plaintiffs' response is due on or before January 31, 2022. Defendants are authorized to file a reply on or before February 4, 2022.

SO ORDERED.

Dated: January 20, 2022
     Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1