## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JEFFREY FRANZ and BEANDI FRANZ,
As NEXT FRIEND for RILEY FRANZ, a
Minor and JEFFREY FRANZ and BRANDI
FRANZ as NEXT FRIEND for ISABELLA
FRANZ, a Minor,

        Plaintiffs,

Case No. 21-cv-12871
HON. MARK A. GOLDSMITH

Vs.

*Oral Argument Requested*

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
RYAN MOORE, COUNSELOR #1,
COUNSELOR #2, STAFF MEMBER,
TEACHER #1 and TEACHER #2,

        Defendants.

### INDEX TO EXHIBITS

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STAY PROCEEDINGS

| | |
|---|---|
| **Exhibit 1** | Prosecutor's Discovery Disclosure |
| **Exhibit 2** | Oxford Community Schools communication |
| **Exhibit 3** | Mr. and Ms. Crumbley's Counsel's 1/27/2022 Letter |
| **Exhibit 4** | Letter to FOIA Coordinator |
| **Exhibit 5** | Notice of Insanity Defense |