# Exhibit 1

{00673795.DOCX}

# KAREN D. McDONALD

Office of the Prosecuting Attorney, Oakland County Michigan

1200 North Telegraph Road • West Wing, Building 14-E • Pontiac, Michigan 48341
Phone: 248-858-0656 • Fax: 248-858-0660

David W. Williams, Chief Assistant Prosecutor

January 10, 2022

Paulette M. Loftin, Esq.
145 S. Livernois Road, #183
Rochester, MI 48307-1837

Amy M. Hopp, Esq.
P.O. Box 941
Troy, MI 48099-0941

Re:    People v Ethan Robert Crumbley
        CR 2022-279506-FC

**PROOF OF SERVICE**

I, Natalie Nellett, being duly sworn, depose and say that on January 10, 2022, the referenced item(s) were provided to:

Paulette Michel Loftin, Esq. & Amy M. Hopp, Esq.;

☑ By placing same in a sealed envelope addressed as stated and depositing same for pick-up service by Defense Counsel or a Representative from Defense Counsel's Office at the Oakland County Prosecutor's Office.

*Natalie Nellett*

Natalie Nellett/Legal Secretary

Dear Mss. Loftin and Hopp:

Enclosed is a copy of one (1) 128GB flash drive containing the following discovery materials, in regard to the above-captioned matter.

- Oakland County Sheriff's Office Case report #210249546-001 through 210249546-242 (pages 1174-1542).
- Attachments (pages 1543-1551).
- Photos of Molly's clothing (pages 1552-1553).
- Photos of Phoebe's clothing (pages 1554-1557).
- Photo of Kylie's clothing (page 1558).
- Photos of SD Card Evidence folder (pages 1559-1560).
- Photos of Justin Shilling's clothing, key fob, and cell phone (pages 1561-1578).
- Photo of Riley Franz's clothing (page 1579).
- Photos of Watson's clothing (pages 1580-1582).
- Photo of outside bathroom looking in (page 1583).
- Photos of Watson's clothing continued (pages 1584-1585).
- Photo of live round found outside the bathroom (page 1586).
- Photo of Watson's shoes (page 1587).
- Photo inside bathroom (page 1588).
- Photo of Watson's shoes (page 1589).
- Photo of Mueller's backpack and shoes (pages 1590-1591).
- Search Warrant Tabulation/Return (pages 1592-1596).
- Photos of outside of Crumbley household (pages 1597-1601).
- Photo of Heidi's pants (page 1602).
- Photo of Flare gun (page 1603).
- Photos of Heidi's pants continued (pages 1604-1605).
- Photos of shoe outside school window (pages 1606-1607).
- Photos of Ethan Crumbley (pages 1608-1612).
- Email from Becky Morgan to Nick Ejak and Shawn Hopkins regarding drawing from 11/30/21 and attached drawing (pages 1613-1614).

- Map and notes from Keegan Gregory (pages 1615-1616).
- Search Warrant and Affidavit for 112 E. Street (pages 1617-1620).
- Search Warrant and Affidavit for T-Mobile phone records regarding: Ethan Crumbley (pages 1622-1626).
- Map notes from Pamela Fine (page 1627).
- Map notes from Brooke Berney (page 1628).
- Map notes from Luke Berney (page 1629).
- Photos of John Asciutto's clothing (pages 1630-1638).
- Signed OCSO Authorization for Medical Release re: Aiden Watson (page 1639).
- Signed OCSO Authorization for Medical Release re: Ellijah Mueller (page 1640).
- Photos of Aiden Watson and injury (pages 1641-1642).
- Photos of Aiden Watson call logs (pages 1643-1646).
- Photos of Justin Shilling's text messages to Mom, Dad, and Sister (pages 1647-1651).
- Photos of Justin Shilling's group text (pages 1652-1654).
- Jennifer Crumbley signed OCSO Consent to Search 112 E Street (page 1655).
- Witness statement from Jacquelin Brodt (page 1656).
- Witness statement from Keegan Gregory (pages 1657-1658).
- Keegan Gregory Family Text Messages (pages 1659-1663).
- Witness statement Angel Alicea-Rivera and SOS (pages 1664-1665).
- Witness statement Jeremy Alicea-Rivera and SOS (pages 1666-1667).
- SOS of Miguel Alicea-Cortez (page 1668).
- SOS of Maria Rivera-Negron (page 1669).
- Drawing of bathroom by Keegan Gregory (page 1670).
- Keegan Gregory Family Text Messages (pages 1671-1676).
- Bathroom sketch (page 1677).
- Ethan Crumbley's alleged Instagram account (page 1678).
- Picture of Ethan Crumbley provided by Keegan Gregory (page 1679).
- Snapchat account Keegan Gregory sent message to (page 1680).
- Witness statement from Jacob Welc (page 1681).
- Witness statement from Marcus Schroeder (page 1682).
- Emailed statement from Bennett Covert (page 1683).
- Written statement from Bennett Covert (pages 1684-1685).
- Witness statement from Joshua Snable (page 1686).
- Witness statement from Anthony Jaboro (page 1687).
- Witness statement Logan Marshall (page 1688-1689).
- Logan Marshall's text messages to mom (pages 1690-1691).
- Domonique Call's call log with son Zachary Call (pages 1692-1693).
- Zachary Call's text message to dad with his location (pages 1694-1695).
- Witness statement from Zachary Call (pages 1696-1697).
- Witness statement from Dominque Call (pages 1698-1699).
- Witness statement from Gavin Shafer (page 1700-1701).
- Gavin Shafer's text messages to mother and call log (pages 1702-1705).
- Photos from inside Oxford High School taken on 12/3/21 (pages 1706-1723).
- Driver's License of Oxford School Staff Member (page 1724).
- Search Warrant Tabulation/Return for 2550 S. Telegraph Road (page 1725).
- Map of 2550 S. Telegraph office (page 1726).
- Email from Boti Nemeth to Sergeant Dalbec (page 1727).
- Lake Orion Police Department report #210005512 and Evidence List (pages 1728-1733).
- Photos of Crumbley family dog (pages 1734-1736).
- Facebook messenger conversation between Jennifer Crumbley and neighbor Sandra Priest (pages 1737-1745).
- Facebook messenger communication from "Travis" (pages 1746-1747).

- Statement from Anthony Geirak (pages 1748-1749).
- Statement from DNR officer (page 1750).
- Grand Blanc Township report #2185204187 (pages 1751-1752).
- Witness statement from Kendall Stewart (page 1753).
- Ethan Crumbley historical school records (pages 1754-1786).
- 3200 form (pages 1787-1788).
- Photo of suspect's gun and loaded magazine (page 1789).
- Photos of inside of wall where bullet entered (page 1790).
- Photo of Ms. Jasinski's classroom #256 (page 1791).
- Photo of bullet (page 1792).
- Photos inside Oxford High School where bullets were recovered from (pages 1793-1805).
- Diagram drawn by Ken Weaver (page 1806).
- Screenshots from Ms. Pennock (pages 1807-1810).
- Adobe coversheet (page 1811).
- Jennifer Crumbley Text Messages (pages 1812-1817).
- Witness Statement from Kenneth Weaver (pages 1818-1824).
- Witness Statement from Claude Lafnear and Oxford Bowling Roster 20-21yr (pages 1825-1826).
- Royal Oak PD Case report #210039083 (pages 1827-1828).
- Email from Deputy Police Chief Mike Frazier for Royal Oak PD (page 1829).
- Oxford High School Victim List with Caregivers and Agencies (pages 1830-1831).
- Oxford Fire Department Personnel Response to High School Shooting (pages 1832-1833).
- Email from Independence Fire Department Business Manager Renee Herbert (page 1834).
- Letter from Charter Township of Orion Fire Department to Sgt. Werner (page 1835).
- Orion Township Fire Department Patient Care Record for victim Riley Franz (pages 1836-1839).
- Email from Brandon Fire Department Fire Chief David Kwapis (page 1840).
- Email from Fire Chief Jeremy Lintz, North Oakland County Fire Authority and attachment (pages 1841-1845).
- Bloomfield Township Fire Department Incident No. 210005824 report and Supplemental report (pages 1846-1850).
- Ethan Crumbley's ELA Survey from Ms. Kubina and scanned index card (pages 1851-1854).
- Screenshots of messages from Ms. McConnell to Shawn Hopkins (pages 1855-1857).
- Emails from Jill Lemond to Saso Vasovski (pages 1858-1863).
- Screenshot of messages from Ms. Karpinski to Pamela Fine and Shawn Hopkins (pages 1864-1865).
- Email obtained from Jill Lemond regarding email sent from Anthony Gierak to Kim Monkevich (page 1866).
- Screenshot of email thread containing photos of index card (page 1867).
- Email and attachment regarding OHS Absent Report (pages 1868-1870).
- OCSO Inbound Evidence Transfer Receipt (pages 1871-1872).
- Images of backpack that bullet had been shot through (pages 1873-1876).
- Witness Statement from Jaiden Hatchew (page 1877).
- MSP Incident report #SIS-275-21 dated 12/08/21 (pages 1878-1880).
- MSP Incident report #034-4887-21 dated 11/30/21 (page 1881).
- MSP Supplemental 0001 report #034-4887-21 dated 12/6/21 (page 1882).
- MSP Supplement 0002 report #034-4887-21 dated 12/2/21 (page 1883).
- MSP Incident report #EST-1047-21 dated 11/30/21 (pages 1884-1885).
- MSP Incident report #CAN-5933-21 dated 11/30/21 (pages 1886-1887).
- MSP Supplemental 0001 report #CAN-5933-21 dated 12/01/21 (page 1888).
- MSP Supplemental 0002 report #CAN-5933-21 dated 12/7/21 (page 1889).

- MSP Incident report #21-11229-21 dated 11/30/21 (pages 1890-1902).
- MSP Supplemental 0001 report #21-11229-21 dated 11/30/21 (pages 1903-1917).
- MSP Supplemental 0002 report #21-11229-21 dated 11/30/21 (pages 1918-1947).
- MSP Supplemental 0003 report #21-11229-21 dated 11/30/21 (pages 1948-1960).
- EMS run sheet (pages 1961-1967).
- MedStar Ambulance Michigan Patient Care Record for Phoebe Arthur (pages 1968-1980).
- MedStar Ambulance Patient Transfer for Phoebe Arthur (pages 1981-1982).
- McLaren Patient Record for Phoebe Arthur (page 1983).
- Novi PD report #210060122 (page 1984).
- Rochester Hills Fire Incident No. 210007054 (pages 1985-1994).
- Troy Police Department report #210032391 (pages 1995-2002).
- West Bloomfield Fire Department Incident No. 210006134 (pages 2003-2004).
- Star EMS Patient Care Record Narrative report (pages 2005-2006).
- Lapeer Police Department report #210007270 (page 2007).
- Screenshot of Instagram post by Chandan Varner (page 2008).
- Screenshot of Snapchat posts (page 2009-2010).
- Screenshot of text message (page 2011).
- OCSO Snapchat Preservation Letter and attached email (pages 2012-2014).
- Map of OHS with notes (page 2015).
- Names and numbers of Students/Teachers (pages 2016-2017).
- Signed Order Compelling Buccal Swab and Signed Stipulation and Order for Buccal Swab for Ethan Crumbley (pages 2016-2021).
- OCSO Inbound Evidence Transfer Receipt for buccal swab (page 2022-2023).
- Names of Students/Teachers (pages 2024-2028).
- Search Warrant and Affidavit for Flagstar Bank Records (pages 2029-2033).
- Search Warrant and Affidavit for Mission Lane Records (pages 2034-2038).
- Search Warrant and Affidavit for Mastercard Records (pages 2039-2043).
- Search Warrant and Affidavit for Bank of America Records (pages 2044-2048).
- Evidence List (pages 2049-2051).
- OCSO Supplemental report #210249546-190 (with readable narrative) and Evidence List (pages 2051-2054).
- OCSO Supplemental report #210249546-243 and Evidence List (pages 2055-2057).
- OCSO Supplemental report #210249546-244 and Evidence List (pages 2058-2060).
- OCSO Supplemental report #210249546-245 and Evidence List (pages 2061-2063).
- OCSO Supplemental report #210249546-246 and Evidence List (pages 2064-2068).
- OCSO Supplemental report #210249546-247 and Evidence List (pages 2069-2071).
- OCSO Supplemental report #210249546-248 and Evidence List (pages 2072-2074).
- OCSO Supplemental report #210249546-249 and Evidence List (pages 2075-2077).
- OCSO Supplemental report #210249546-250 and Evidence List (pages 2078-2080).
- OCSO Supplemental report #210249546-251, Attachments, Electronic Crimes Special Agent Program Summary Report, United States Secret Service Unlocking/Extraction Notes, FBI reports regarding cell phone, FBI Technical Assistance report, and Evidence List (pages 2081-2095).
- OCSO Supplemental report #210249546-252, Attachments, email of photo of bird head in jar, and Evidence List (pages 2096-2100).
- OCSO Supplemental report #210249546-253, Attachments, OHS layout with notes from Kaena Anderle, and Evidence List (pages 2101-2105).
- OCSO Supplemental report #210249546-254 and Evidence List (pages 2106-2107).
- Witness Statements collected (pages 2108-2171).
- MSP Incident report #BMB-367-21 dated 12/01/21 (pages 2172-2174).
- MSP #BMB-367-21 Color Photos of Backpack (pages 2175-2180).
- MSP #BMB-367-21 Radiograph Images (pages 2181-2185).

- FBI Interview of Ayden Johnson (page 2186).
- FBI Report dated 12/16/21 regarding Cellebrite (page 2187).
- FBI Report dated 12/17/21 regarding Officer Tindell (page 2188).
- Search Warrant and Affidavit for Flagstar Bank Records (pages 2189-2193).
- Search Warrant and Affidavit for Mission Lane Records (pages 2194-2198).
- Search Warrant and Affidavit for Mastercard Records (pages 2199-2203).
- Search Warrant and Affidavit for Bank of America Records (pages 2204-2208).
- ATF Report No. 8 – Interview of Nicole Ellsworth and Screenshots of Facebook Messenger and Text Messages (pages 2209-2277).
- ATF Report No. 9 – Nick Ejak Statements (page 2278).
- ATF Report No. 10 – Interviews of Tyler Heichel and Diner Employees (pages 2279-2280).
- ATF Report No. 11 – Interview of Elijah Crumbley and Cheryl Cobb (pages 2281-2284).
- Autopsy Cover Sheets for Madisyn Baldwin, Tate Myre, Justin Shilling and Hana St. Juliana, Autopsy Protocol Request, and Property Release Forms (pages 2285-2296).
- Search Warrant and Affidavit for DoorDash (pages 2297-2304).
- Search Warrant and Affidavit for Ethan Crumbley's Phone (pages 2305-2309).
- Search Warrant and Affidavit for YouTube Account of Ethan Crumbley (pages 2310-2317).
- Search Warrant and Affidavit for YouTube Account of James Crumbley (pages 2318-2325).
- Search Warrant and Affidavit for Facebook Account records for Jennifer Crumbley (JCRumbley) (pages 2326-2340).
- Search Warrant and Affidavit for Facebook Account records for Jennifer Crumbley (jehn.crumbley.7) (pages 2341-2355).
- Search Warrant and Affidavit to Google for records re: 52631@oxfordwildcats.org (pages 2356-2365).
- Search Warrant and Affidavit to Google for records re: Ethan, James, and Jennifer's email accounts (pages 2366-2374).
- Search Warrant and Affidavit to Google for records re: Jennifer Crumbley email accounts (pages 2375-2387).
- Search Warrant and Affidavit to Instagram regarding account: daddyvderr (pages 2388-2393).
- Search Warrant and Affidavit to Instagram regarding account: James R. Crumbley (pages 2394-2402).
- Search Warrant and Affidavit to Instagram regarding account: jehnc78 (pages 2403-2409).
- Search Warrant and Affidavit to Instagram regarding accounts: ethan.crumbleyy, ethan.crumbley, ethan_crumbley, and ethancrumbley_ (pages 2410-2414).
- Search Warrant and Affidavit for TMobile tower records for phone #947-300-8464 (pages 2415-2428).
- Search Warrant and Affidavit for TMobile Tower records for James and Jennifer Crumbley's cell phones (1) (pages 2429-2441).
- Search Warrant and Affidavit for TMobile Tower records for James and Jennifer Crumbley's cell phones (2) (pages 2442-2455).
- Search Warrant and Affidavit for TMobile Tower records for Ethan Crumbley's cell phone (pages 2456-2468).
- Search Warrant and Affidavit for Yahoo email records for James Crumbley (pages 2469-2476).
- Search Warrant and Affidavit for Yahoo email records for Jennifer Crumbley (pages 2477-2484).
- Search Warrant and Affidavit to YouTube (pages 2485-2489).

- Search Warrant and Affidavit for Transportation Alliance Bank Records (pages 2490-2494).
- Search Warrant and Affidavit for Sutton Bank Records (pages 2495-2499).
- OCSO case report #210230222 regarding the Deer Head incident, Attachments, color photos, statement, and evidence list (pages 2500-2515).

I am also enclosing the following video files:

- Folder titled: BMB-367-21 containing video footage of MSP's bomb robot
- Folder titled: Ethan's Cell Phone containing the cell phone analysis
- Folder titled: Interviews
  - Jacquelyn Kubina
  - Keegan Gregory (x2)
  - Pamela Fine
  - Shawn Hopkins
- Folder titled: James' Cell Phone
  - James Crumbley cell phone examination report dated December 9, 2021, for case #21-249546 by Det. J. Bois for T-Mobile 5007Z (5 pages).
- Folder titled: Jennifer Crumbley in-car video outside home
- Folder titled: Jennifer's Cell Phone(s)
  - Jennifer Crumbley cell phone examination report dated December 4, 2021, for case #21-249546 by Det. J. Bois for Motorola Moto G8 (5 pages).
  - Jennifer Crumbley cell phone examination report dated December 13, 2021, for case #21-249546 by Det. J. Bois for LG LG-D850 (2 pages).
- Folder titled: Oxford Sub Interviews
  - Video of Ethan
  - Video of Parents

Sincerely,

KAREN D. McDONALD
PROSECUTING ATTORNEY

Kelly M. Collins
Assistant Prosecuting Attorney

MC/nn