# Exhibit 3

{00673795.DOCX}



SMITH LEHMAN, PC
1668 SOUTH TELEGRAPH ROAD
SUITE 200
BLOOMFIELD HILLS, MI 48302

SHANNON SMITH, ESQ.
MARIELL LEHMAN, ESQ.
PHONE: (248) 636-2595
www.smith-lehman.com

## SMITH LEHMAN

January 27, 2022

James J. Harrington, IV
Fieger, Fieger, Kenney & Harrington, PC
19390 West Ten Mile Rd.
Southfield, MI 48075

        Re: *Civil Oxford Cases*
           *Defendants' Request for a Stay*

             --Sent by e-mail--

Dear Mr. Harrington:

  As you know, our office represents James and Jennifer Crumbley regarding the pending criminal charges filed against them. Mr. and Mrs. Crumbley have been charged in Oakland County with four counts of involuntary manslaughter after the school shooting that took place at Oxford High School on November 30, 2021.

  Our office has reviewed the Motion to Stay Proceedings Pending the Conclusion of the Parallel Criminal Cases filed by the defendants in your civil case. We find it very concerning that the Defendants claim the "Oakland County Prosecutor directed counsel for the Defendants to avoid releasing information related to the within matter so as to prevent any interference with the ongoing criminal proceedings." It is our position that the full exchange of discovery and materials, both in the civil cases and the criminal cases, best serves the interest of justice for all parties. Our clients agree that access to all documents and all records is critical to all of the litigants involved. As such, we do **not support** the request for a stay in the civil matter, nor do we join the civil defendants in their request for a stay. We do not believe that the civil matters proceeding forward interferes with our clients' rights to a fair trial in any way.

  Please feel free to call our office if you have any questions.

            Very truly yours,

            Shannon M. Smith

            Mariell Lehman