# Exhibit 4

{00673795.DOCX}

# FIEGER, FIEGER, KENNEY & HARRINGTON
A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com

NORA Y. HANNA

DIRECT DIAL (248) 945-7519
E-MAIL: n.hanna@fiegerlaw.com

January 28, 2022

*Via E-Mail*
Nicole Tabin
tabinn@oakgov.com

      RE:    **Oxford Cases**
                **FOIA**

Dear Ms. Tabin,

    This letter confirms our January 25, 2022, conversation. The conversation addressed the FOIA requests that our office had properly served on the Oakland County Sheriff's Department as well as the Oakland County Prosecutor's Office. During our conversation, you confirmed the existence of documents that could be disclosed without impeding the Defendants right to a fair trial however, you could not produce any records or items pursuant to our FOIA request. You indicated that in the event documents are produced to our office pursuant to FOIA, you would be required to produce the documents to the press and other entities. You also indicated in the event we served you with a subpoena compelling the production of the same materials, you would produce documents consistent with the subpoena.

    I look forward to speaking with you next week.

                                  Very Truly Yours,
                  *Fieger, Fieger, Kenney & Harrington, P.C.*

                                  Nora Y. Hanna

{01231315.DOCX}