# Exhibit 5

{00673795.DOCX}

STATE OF MICHIGAN
IN THE 6th CIRCUIT COURT IN THE COUNTY OF OAKLAND

PEOPLE OF THE STATE OF MICHIGAN,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　Case No. 22-279506-FC

ETHAN ROBERT CRUMBLEY,　　　　　　　　HON. KWAME ROWE

    Defendant.
_____/

KAREN MCDONALD P59083
OAKLAND COUNTY PROSECUTOR
1200 N. TELEGRAPH RD.
PONTIAC, MI 48341

PAULETTE MICHEL LOFTIN P71982
ATTORNEY FOR DEFENDANT
145 S. LIVERNOIS #183
ROCHESTER, MI 48307

AMY HOPP P48872
ATTORNEY FOR DEFENDANT
PO BOX 941
TROY, MI 48099

DEBORAH H. MCKELVY P44157
COURT APPOINTED GAL
1432 MARYLAND BLVD.
BIRMINGHAM, MI 48009
_____/

## NOTICE OF INSANITY DEFENSE

TO:   KAREN MCDONALD P59083
      OAKLAND COUNTY PROSECUTOR
      1200 N. Telegraph Rd
      Pontiac, MI 48341

FILED   Received for Filing   Oakland County Clerk   1/27/2022 9:41 AM

PLEASE TAKE NOTICE that pursuant to MCL 769.20a, the Defendant ETHAN CRUMBLEY, intends to assert the defense of insanity at the time of the alleged offense and gives notice of his intention to claim such a defense.

Date 1/27/22

Respectfully Submitted,

Paulette Michel Loftin P71982
Attorney for Defendant

Amy Hopp P48872 w/p
Attorney for Defendant