UNITED STATES DISTRICT COURT.
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

    *Plaintiffs*,

v.

    Hon. Mark A. Goldsmith
    No. 2:21-cv-12871

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

    *Defendants*.

___

**NOTICE OF APPEARANCE BY INTERESTED PARTY**

PLEASE TAKE NOTICE that attorney Michael L. Pitt of Pitt McGehee Palmer Bonanni & Rivers, PC files this notice of appearance as an interested party in this case.

    Respectfully submitted,

    By: */s/ Michael L. Pitt*
    Michael L. Pitt (P24429)
    Pitt McGehee Palmer Bonanni & Rivers, PC
    117 W. Fourth Street, Suite 200
    Royal Oak, MI 48067
    248-398-9800
    mpitt@pittlawpc.com

Dated: April 5, 2022.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on April 5, 2022.

>Signature: */s/ Regina Bell*
>117 W. Fourth Street, Suite 200
>Royal Oak, MI 48067
>(248) 398-9800
>rbell@pittlawpc.com