Ex. 2

## Annabel Shea

**From:** Annabel Shea
**Sent:** Thursday, May 19, 2022 10:37 AM
**To:** m.filipovic@fiegerlaw.com
**Cc:** Tim Mullins; Ken B. Chapie; John Miller; Bunny Binno; j.harrington@fiegerlaw.com; n.hanna@fiegerlaw.com
**Subject:** Franz v Oxford Community Schools
**Attachments:** STIP AND ORDER OF DISMISSAL RYAN MOORE.docx

Milica,

I am writing to follow up with the text I sent you this morning. We received all of the consents from the named defendants and can now stipulate to the amendment. As previously discussed, we request that a stipulated order of dismissal as to Ryan Moore only be entered so that Mr. Moore can retain a true copy of the dismissal for his personal records.  Please let me know if your team agrees to the form and substance of the order. I am free to discuss the matter further anytime today with you or anyone else from your team.

Best,
Annabel

**Annabel Shea**
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
Phone: (248) 457-7081
Fax: (248) 404-6301
Email: ashea@gmhlaw.com
www.gmhlaw.com

*Confidential:  This electronic message and all contents contain information from the law firm of Giarmarco, Mullins & Horton, P.C. which may be privileged, confidential or otherwise protected from disclosure.  Any recipient other than the intended recipient is hereby notified that any disclosure, copy, distribution or use of the contents of this message or any attachments is strictly prohibited.  If you have received this electronic message in error, please notify us immediately by reply e-mail or by phone and destroy the original message, attachments and all copies.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

        Plaintiffs,                    Hon. Mark A. Goldsmith

v                                     No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
RYAN MOORE, COUNSELOR #1,
COUNSELOR #2, STAFF MEMBER,
TEACHER #1 and TEACHER #2,

        Defendants.

_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants, Oxford* |
| *Attorneys for Plaintiffs* | *Community Schools, Timothy Throne,* |
| 19390 West Ten Mile Road | *Steven Wolf and Ryan Moore* |
| Southfield, MI 48075 | 101 W. Big Beaver Road, 10th Floor |
| (248) 355-5555 | Troy, MI 48084-5280 |
| g.fieger@fiegerlaw.com | (248) 457-7020 |
| j.harrington@fiegerlaw.com | tmullins@gmhlaw.com |
| r.kamenec@fiegerlaw.com | kchapie@gmhlaw.com |
| n.hanna@fiegerlaw.com | jmiller@gmhlaw.com |
| m.filipovic@fiegerlaw.com | ashea@gmhlaw.com |

## **STIPULATED ORDER OF DISMISSAL AS TO RYAN MOORE ONLY**

This matter having come before the Court upon stipulation of the parties below,

IT IS HEREBY ORDERED that the claims against RYAN MOORE, a counselor at the Oxford Virtual Academy, referred to as the Dean of Students in the First Amended Complaint, are dismissed without prejudice, without payment of costs or fees to any party.

This Order does not resolve all pending claims against Defendant Oxford Community Schools, Defendant Timothy Throne, Defendant Steven Wolf, Defendant Nicholas Ejak, Defendant Shawn Hopkins, Defendant Jacquelyn Kubina, Defendant, Allison Karpinski, Defendant Becky Morgan, and Defendant Pamela Fine.

_____

MARK A. GOLDSMITH

 United States District Judge

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

_____

NORA Y. HANNA (P80067)

Attorney for Plaintiffs

_____

TIMOTHY MULLINS (P28021)

Attorney for Defendants

2

3