Ex. 3

## Annabel Shea

| | |
|---|---|
| **From:** | Annabel Shea |
| **Sent:** | Friday, May 20, 2022 11:03 AM |
| **To:** | Milica Filipovic |
| **Cc:** | James Harrington; Samantha Teal; Nora Hanna; Rima Saad; Nigel Wright; Bunny Binno; John Miller; Ken B. Chapie; Tim Mullins |
| **Subject:** | RE: Franz et. al. v. Oxford Community School District Et. al. |
| **Attachments:** | STIP AND ORDER OF DISMISSAL RYAN MOORE.docx; STIP AND ORDER TO AMEND COMPLAINT AND TO DISMISS RYAN MOORE.docx |

Milica, I am following up with regards to my previous emails. Please advise if you were able to speak with your team regarding a separate order dismissing Ryan Moore, which I have reattached to this email for your convenience. After speaking with our client, we have an alternative proposal of incorporating the same information contained in the proposed stipulated order of dismissal in the stipulation regarding the amendment. Please see the attached redlined version.

Should you have any questions or concerns with regard to the above, I am available to discuss any time today before 1pm or after 3pm.

Best,
Annabel


**Annabel Shea**
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
Phone: (248) 457-7081
Fax: (248) 404-6301
Email: ashea@gmhlaw.com
www.gmhlaw.com

*Confidential:  This electronic message and all contents contain information from the law firm of Giarmarco, Mullins & Horton, P.C. which may be privileged, confidential or otherwise protected from disclosure.  Any recipient other than the intended recipient is hereby notified that any disclosure, copy, distribution or use of the contents of this message or any attachments is strictly prohibited.  If you have received this electronic message in error, please notify us immediately by reply e-mail or by phone and destroy the original message, attachments and all copies.*

**From:** Milica Filipovic <m.filipovic@fiegerlaw.com>
**Sent:** Wednesday, May 4, 2022 3:06 PM
**To:** Tim Mullins <tmullins@gmhlaw.com>; John Miller <jmiller@gmhlaw.com>; Ken B. Chapie <kchapie@gmhlaw.com>; Annabel Shea <ashea@gmhlaw.com>
**Cc:** James Harrington <j.harrington@fiegerlaw.com>; Samantha Teal <s.teal@fiegerlaw.com>; Nora Hanna <n.hanna@fiegerlaw.com>; Rima Saad <r.saad@fiegerlaw.com>; Nigel Wright <n.wright@fiegerlaw.com>; Bunny Binno <ebinno@gmhlaw.com>
**Subject:** Franz et. al. v. Oxford Community School District Et. al.
**Importance:** High

Dear Mr. Mullins,

1

Please see attached correspondence regarding Plaintiff's Second Amended Complaint, the Proposed Stipulated Order, and a draft copy of Plaintiff's Proposed Second Amended Complaint for your review.

Please let us know by **5:00 p.m., Friday May 6, 2022**, whether we have permission to sign your name for entry with the court.

Best,



**Milica Filipovic**
Attorney & Counselor

m.filipovic@fiegerlaw.com

**FIEGER, FIEGER, KENNEY & HARRINGTON, PC**
19390 West Ten Mile Road | Southfield, Michigan  48075
Main:  248.355.5555 | Fax:  248.355.5148 | FiegerLaw.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.