UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

                                              Case No. 21-cv-12871

      Plaintiffs,

vs.                                  HON. MARK A. GOLDSMITH

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

      Defendants.

_____/

### ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND FOR TAXABLE COSTS (Dkt. 51)

Before the Court is Plaintiffs' motion requesting that the Court (i) grant Plaintiffs leave to file a second amended complaint and (ii) tax costs against Defendants for refusing to concur with Plaintiffs' request to file a second amended complaint (Dkt. 51). Defendants state that they consent to Plaintiffs filing a second amended complaint. See Resp. at 3–4 (Dkt. 52). Accordingly, the Court grants Plaintiffs' request for leave to file a second amended complaint. Plaintiffs must file their second amended complaint by June 1, 2022.

The Court will address the issue of taxable costs in a future order.

SO ORDERED.

Dated: May 27, 2022               s/Mark A. Goldsmith_____
   Detroit, Michigan             MARK A. GOLDSMITH
                                    United States District Judge