UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

                Plaintiffs,                    Hon. Mark A. Goldsmith

v                                    No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
RYAN MOORE, COUNSELOR #1,
COUNSELOR #2, STAFF MEMBER,
TEACHER #1 and TEACHER #2,

                Defendants.

_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants, Oxford* |
| *Attorneys for Plaintiffs* | *Community Schools, Timothy Throne,* |
| 19390 West Ten Mile Road | *Steven Wolf and Ryan Moore* |
| Southfield, MI 48075 | 101 W. Big Beaver Road, 10th Floor |
| (248) 355-5555 | Troy, MI 48084-5280 |
| g.fieger@fiegerlaw.com | (248) 457-7020 |
| j.harrington@fiegerlaw.com | tmullins@gmhlaw.com |
| r.kamenec@fiegerlaw.com | kchapie@gmhlaw.com |
| n.hanna@fiegerlaw.com | jmiller@gmhlaw.com |
| m.filipovic@fiegerlaw.com | ashea@gmhlaw.com |

## **STIPULATED ORDER OF DISMISSAL AS TO RYAN MOORE ONLY**

This matter having come before the Court upon stipulation of the parties below,

IT IS HEREBY ORDERED that the claims against RYAN MOORE, a counselor at the Oxford Virtual Academy, referred to as the Dean of Students in the First Amended Complaint, are dismissed without prejudice, without payment of costs or fees to any party.

This Order does not resolve all pending claims against Defendant Oxford Community Schools, Defendant Timothy Throne, Defendant Steven Wolf, Defendant Nicholas Ejak, Defendant Shawn Hopkins, Defendant Jacquelyn Kubina, Defendant, Allison Karpinski, Defendant Becky Morgan, and Defendant Pamela Fine.

SO ORDERED.

Dated:  June 6, 2022                              s/Mark A. Goldsmith
         Detroit, Michigan                        MARK A. GOLDSMITH
                                                  United States District Judge


I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:


/s/JAMES J. HARRINGTON (P65351)
Attorney for Plaintiffs

2

/s/TIMOTHY MULLINS (P28021)
Attorney for Defendants, Oxford
 Community Schools, Timothy Throne,
 Steven Wolf and Ryan Moore