**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

RILEY FRANZ, et. al.

    Plaintiffs,

Case No. 21-cv-12871
HON. MARK A. GOLDSMITH

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

---

**INDEX OF EXHIBITS FOR PLAINTIFFS PORTION OF JOINT STATEMENT REGARDING DISCOVERY**

**EXHIBIT 1-**    **Plaintiffs' First Request for Production to All Defendants Regarding Defendants' Amended Affirmative Defenses.**

**EXHIBIT 2-**    **Plaintiffs' First Request for Production to All Defendants Regarding Insurance;**

**EXHIBIT 3-**    **Plaintiffs' First Request for Production of Documents and Things to All Defendants;**

**EXHIBIT 4-**    **Correspondence to Defense Counsel Regarding Outstanding Discovery with Proposed Stipulated Order, dated June 2, 2022;**

**EXHIBIT 5-**    **Correspondence from Defense Counsel Regarding Outstanding Discovery, dated June 6, 2022**

**EXHIBIT 6-**    **Defendants' Response to Plaintiffs' First Request for Production to All Defendants Regarding Defendants' Amended Affirmative Defenses.**

**EXHIBIT 7-**    **Defendants' Response to Plaintiffs' First Request for Production to All Defendants Regarding Insurance**