UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

    Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

## ORDER FOR JOINT STATEMENT AND STATUS CONFERENCE ON COORDINATION OF RELATED LITIGATION

The shooting at Oxford High School on November 30, 2021 has given rise to a number of lawsuits in this Court and one in Oakland County Circuit Court. As of this date, these related actions include:

- Case No. 21-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.);
- Case No. 22-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.);
- Case No. 22-11113, Myre et al. v. Oxford Community School District et al. (E.D. Mich.);
- Case No. 22-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.);
- Case No. 22-11250, Beausoleil v. Oxford Community School District, et al. (E.D. Mich.);
- Case No. 22-11251, Ossege v. Oxford Community School District, et al. (E.D. Mich.);
- Case No. 22-11360, GLJ, et al. v. Oxford Community School District, et al., and
- Case No. 22-192262, Myre et al. v. Fine et al. (Mich. Cir. Ct.).

In an earlier status conference of all counsel in the related actions filed in the United States District Court for the Eastern District of Michigan, the view was expressed and generally approved that coordination of discovery and other matters would facilitate proceedings in these cases. Because the Court has not been presented with any concrete proposal, it now orders as follows:

1. Counsel in the related actions filed in the Eastern District of Michigan must confer in an effort to coordinate discovery and other matters and file on the record a Joint Statement setting forth their points of agreement and disagreement, if any.  Discussions should include to what extent, if any, coordination with state-court lawsuits involving related claims should be established. Counsel must also submit a proposed stipulated order through the utilities function reflecting provisions on which the parties agree.  Parties proposing different or additional language should include such language in the body of the Joint Statement and in the form of an alternative proposed order.

2. Counsel are advised that, for technical reasons, formal consolidation of these related cases may not be appropriate, but the functional equivalent of consolidation may be accomplished by the entry of identical orders in all related cases.

3. The Joint Statement must be filed no later than July 11, 2022. The Court will convene a status conference to discuss the Joint Statement.

SO ORDERED.

Dated:  June 28, 2022                       s/Mark A. Goldsmith
    Detroit, Michigan                 MARK A. GOLDSMITH
                                                  United States District Judge