UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

                       Plaintiffs,

v.                                                      No. 21-cv-12871

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,      Hon. Mark A. Goldsmith

                       Defendants.

**ORDER FOR JOINT STATEMENT AND STATUS CONFERENCE ON DISCOVERY**

The parties in this action are directed to confer regarding any disagreements relating to discovery. The parties must file with the Court a joint statement regarding any such disagreements by July 14, 2022.

The Court will conduct a telephonic status conference on July 18, 2022 at 1:30 pm. Counsel may join the status conference by dialing (877) 336-1274 and entering access code 9602327. The Court will provide counsel with the security code for the status conference via email.

SO ORDERED.

Dated: June 30, 2022                                       s/Mark A. Goldsmith
       Detroit, Michigan                                MARK A. GOLDSMITH
                                                          United States District Judge