# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RILEY FRANZ, et. al.

       Plaintiffs,

Vs.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

       Defendants.

Case No. 21-cv-12871
HON. MARK A. GOLDSMITH

## INDEX OF EXHIBITS FOR PLAINTIFFS PORTION OF JOINT STATEMENT REGARDING DISCOVERY 07/14/2022

**EXHIBIT 1-**      **Defendant's Answer to Plaintiff's First Request for Production of Documents and Things to All Defendants;**

**EXHIBIT 2-**      **Correspondence to Mr. Mullins Regarding Deficient Discovery, Sent 07/13/2022;**

**EXHIBIT 3-**      **Defendants Answer to Plaintiff's Request for Production Re: Affirmative Defenses;**

**EXHIBIT 4-**      **Email Purported to be EC Chats on Assignments[1]**

---

[1] There are 51 individual documents of this nature that can be made available for the court's review upon request. Plaintiffs' counsel did not want to overburden the court with duplicative and incomprehensible documentation and only offered one document by way of example.

{01308303.DOCX}