**Annabel Shea**

| | |
|---|---|
| **From:** | Ethan Crumbley (Classroom) <no-reply+b3a9e053@classroom.google.com> |
| **Sent:** | Monday, November 16, 2020 2:07 PM |
| **To:** | austin.petersen@oxfordschools.org |
| **Subject:** | Ethan Crumbley added a private comment on "Of Mice and Men Character Chart" |

$
GEYXMSR>$Xlmw$iq em$swkmrexih$jvsq $yxwmhi$j$ |jsvh$Vglsspv2$
HS$RSX$gpgo$mrow$sv$stir$exeglq irxw$yrpiww$sy$vigskrmi$li$wirhiv$ERH$ors{ $li$sxrxirx$w$
weji2$

$



### Hi Austin,
Ethan Crumbley added a private comment on <u>Of Mice and Men Character Chart</u>.



### Ethan Crumbley
"Turned in late"

**REPLY**

If you don't want to receive emails from Classroom, you can <u>unsubscribe</u>.

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043 USA

1