UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, et al.,

      Plaintiffs,

v                                                         Case No. 21-cv-12871
                                                          HON. MARK A. GOLDSMITH

OXFORD COMMUNITY SCHOOLS, et al.,

      Defendants.
_____/

## ORDER STRIKING STIPULATION (Dkt. 72)

On July 22, 2022, the parties filed a stipulated protective order (Dkt. 72). Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation and order at issue is not in compliance with the rule.

    IT IS ORDERED, that the stipulated order (Dkt. 72) is STRICKEN.

    SO ORDERED.

Dated: July 25, 2022                                     s/Mark A. Goldsmith
     Detroit, Michigan                             MARK A. GOLDSMITH
                                                United States District Judge