UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

          Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

          Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

## ORDER REGARDING MEMORANDA ON TIMING OF QUALIFIED IMMUNITY MOTIONS

The Court directed the parties in various actions relating to the November 30, 2021 shooting at Oxford High School to file memoranda regarding whether motions for qualified immunity should be allowed presently or postponed until after the parties have had the opportunity to conduct discovery. See 7/19/22 Order at 2 (Dkt. 71).[1] The Court directed all Plaintiffs to file a single memorandum, and all Defendants to file a single memorandum, with all briefing on this question to be filed in Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. Id.

Acme Shooting Goods, LLC—named as Defendant in only one case, Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.)—is differently

---

[1] These actions are: Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11113, Myre et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11250, Beausoleil v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11251, Ossege v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11360, GLJ et al. v. Oxford Community School District et al. (E.D. Mich.); and Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.).

situated than the other Defendants, all of whom are associated with Oxford Community School District.  Therefore, to the extent that Acme chooses to express its views on the question of qualified immunity, it may do so by filing its own memorandum not in <u>Franz</u> but in <u>Mueller</u>, the case in which it is a named party, and must do so by August 12, 2022; any response will be due August 26, 2022.

The Court makes no other modifications to its July 19, 2022 order, which remains in full effect.

SO ORDERED.

Dated: July 28, 2022               s/Mark A. Goldsmith
       Detroit, Michigan           MARK A. GOLDSMITH
                                   United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2022.

                                   s/D. Tofil
                                   Case Manager