UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

             Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

             Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

**COMMON ORDER REGARDING COORDINATION OF RELATED CASES**

Multiple actions have been filed in this Court relating to the November 30, 2021 shooting at Oxford High School.[1] To promote efficiency as these related actions proceed, the Court orders as follows:

1. To ensure that all parties in the federal cases receive notice of what is filed in every one of the federal cases, counsel for all parties will appear as interested parties in each of these related federal actions.

---

[1] These federal actions are: Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11113, Myre et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11250, Beausoleil v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11251, Ossege v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11360, GLJ et al. v. Oxford Community School District et al. (E.D. Mich.); and Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.).

Two related state actions have also been filed in the Circuit Court for the County of Oakland: Case No. 2022-192262-NO, Myre et al. v. Fine et al., before the Hon. Rae Lee Chabot; and Case No. 2022-194891-NO, Poblette et al. v. Throne et al., before the Hon. Jacob J. Cunningham.

2. Because at this time, and continuing for the indefinite future, it appears likely that all (or virtually all) Plaintiffs share identical (or substantially similar) positions on issues likely to arise, it will be redundant for all Plaintiffs to file identical or substantially similar papers.  Therefore, the Court will assume that a paper filed concerning an issue (such as a motion or a response to a motion) represents the views of all Plaintiffs, unless a Plaintiff files a notice in that Plaintiff's action that the party filing the notice opts out of that presumption for a particular paper.  The notice must be filed within seven days of the filing of the paper from which it opts out.  Any such notice must set forth whether a separate paper (such as a motion or a response) will be filed.  Any such separate paper must be filed in that party's action within seven days of the filing of the notice.  Any such separate paper will not carry a presumption that it represents the views of any other party.

3. The same procedure will be adopted for Defendants.

4. To keep this Court and all counsel advised of any orders in the related state cases, counsel for Oxford School Defendants will file a notice of any such orders, attaching copies of same, within seven days of entry of those orders.

5. The schedules of all the federal cases will be made uniform for all deadlines through the filing date for dispositive motions and motions to limit or exclude expert testimony.

6. Any order of the Court applicable to more than one case will be entered on the docket of each case to which it is applicable.  Any such order will include the moniker "common" in its title.

   SO ORDERED.

Dated:  August 23, 2022                              s/Mark A. Goldsmith
        Detroit, Michigan                            MARK A. GOLDSMITH
                                                     United States District Judge