UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

      Plaintiffs,                            Hon. Mark A. Goldsmith
                                                    Magistrate Anthony P. Patti

v                                                                         No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

      Defendants.
_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

**NOTICE OF ENTRY OF PRIOR ORDERS IN**
***WATSON, ET AL V OXFORD COMMUNITY SCHOOLS, ET AL***

      Pursuant to this Court's Order, please take notice that the following Orders have been entered in *Watson, et al v Oxford Community Schools, et al,* Oakland

Circuit Case No. 22-195663-NO case:

1.     Scheduling Order regarding Defendants' Motion for Summary Disposition dated September 29, 2022 (Exhibit 1).

2.     Protective Order dated October 12, 2022 (Exhibit 2).

3.     Stipulated Case Management Order dated October 13, 2022 (Exhibit 3)

                             /s/TIMOTHY J. MULLINS
                             GIARMARCO, MULLINS & HORTON, PC
                             Attorney for Defendants

DATED: October 13, 2022

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on October 13, 2022, he did serve a copy of the **Notice of Entry of Prior Orders in *Watson, et al v Oxford Community Schools, et al*,** via the United States District Court electronic transmission.

                             /s/TIMOTHY J. MULLINS
                             GIARMARCO, MULLINS & HORTON, PC
                             Attorney for Defendants
                             101 W. Big Beaver Road, 10th Floor
                             Troy, MI 48084-5280
                             (248) 457-7020
                             tmullins@gmhlaw.com
                             P28021