UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, et al.,

    Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

No. 2:21-cv-12871-MAG-APP

Hon. Mark A. Goldsmith
Mag. Judge Anthony P. Patti

## NOTICE OF APPEARANCE BY INTERESTED PARTY

Please take notice that attorney Fawzeih H. Daher of Bodman PLC files this Notice of Appearance as an interested party in this action.

Respectfully submitted,

BODMAN PLC

*/s/ Fawzeih H. Daher*
Thomas J. Rheaume, Jr. (P74422)
Donovan S. Asmar (P77951)
Fawzeih H. Daher (P82995)
Interested Party
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
trheaume@bodmanlaw.com
dasmar@bodmanlaw.com
fdaher@bodmanlaw.com

October 18, 2022

4892-7010-2586_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2022, I caused the foregoing paper to be electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*/s/ Fawzeih H. Daher*
Fawzeih H. Daher (P82995)
