UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

        Plaintiffs,

v

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

        Defendants.

Hon. Mark A. Goldsmith
Magistrate Anthony P. Patti
No. 21-12871

_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

## NOTICE OF ENTRY OF PRIOR ORDER IN *MYRE ET AL V FINE ET AL*,

Pursuant to this Court's Order, please take notice that the following Order has been entered in *Myre, et al v Fine, et al,* Case No. 22-192262-NO:

1. Order on Motion to Extend Discovery and to Compel Depositions (Exhibit 1)

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

DATED: November 1, 2022

### CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on November 1, he did serve a copy of his **Notice of Entry of Prior Order in *Myre et al v Fine et al*,** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021

2

# EXHIBIT 1

## STATE OF MICHIGAN

## IN THE OAKLAND COUNTY CIRCUIT COURT

WILLIAM MYRE, and SHERI MYRE, as
Co-Personal Representatives of the Estate of
TATE MYRE, deceased; WILLIAM MYRE,
individually; and SHERI MYRE; individually,

CRAIG SHILLING, and JILL SOAVE, as
Co-Personal Representatives of the Estate of
JUSTIN CHARLES SHILLING, deceased; and
CRAIG SHILLING, and JIL SOAVE, individually,

CHAD GREGORY, Next Friend for KEEGAN
GREGORY, a Minor; CHAD GREGORY and
MEGHAN GREGORY, individually,

LAUREN ALIANO, Next Friend for SOPHIA
KEMPEN, a Minor; GRACE KEMPEN, a Minor;
and LAUREN ALIANO, individually,

LAURA LUCAS, as Next Friend for ASHLYNNE
SUTTON, a Minor; and LAURA LUCAS, individually,

      Plaintiffs,

-vs-

PAM PARKER FINE, SHAWN HOPKINS,
KIMBERLY POTTS, NICHOLAS EJAK,
JACQUELINE KUBINA, BECKY MORGAN,
ALLISON KARPINSKI, ETHAN CRUMBLEY,
JENNIFER CRUMBLEY and JAMES CRUMBLEY,
in their individual capacities,

      Defendants.

_____/

Case No. 22-192262-NO
Hon. Rae Lee Chabot

FILED   Received for Filing   Oakland County Clerk   10/27/2022 1:22 PM

## ORDER ON MOTION TO EXTEND
## DISCOVERY AND TO COMPEL
## DEPOSITIONS

At a session of said Court held in the City of
Pontiac, County of Oakland, State of Michigan on

**October 26, 2022**

PRESENT: **RAE LEE CHABOT**
CIRCUIT COURT JUDGE

This matter having come before the Court on Plaintiffs' Motion to extend discovery and to compel depositions, and oral arguments having been heard,

**IT IS HEREBY ORDERED** that:

1. The motion is GRANTED

2. Discovery shall remain open until January 10, 2023

This is not a final order and does not resolve the last pending claim.

/s/ Rae Lee Chabot

YB _____
CIRCUIT COURT JUDGE

Approved as to form only

*/s/ Jeffrey T. Stewart*
Jeffrey T. Stewart (P24138)
Attorney for Plaintiffs

*/s/ Kenneth B. Chapie*
Kenneth B. Chapie (P66148)
Attorney for Defendants