UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

        Plaintiffs,                        Hon. Mark A. Goldsmith
                                           Magistrate Anthony P. Patti

v                                               No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

        Defendants.

_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

## NOTICE OF ENTRY OF PRIOR ORDER IN
## *WATSON, ET AL V OXFORD COMMUNITY SCHOOLS, ET AL*

Pursuant to this Court's Order, please take notice that the following Order has

been entered in *Watson, et al v Oxford Community Schools, et al,* Oakland Circuit

Case No. 22-195663-NO:

1. Initial Scheduling Order (Exhibit 1).

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

DATED: November 1, 2022

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on November 1, 2022, he did serve a copy of the **Notice of Entry of Prior Order in *Watson, et al v Oxford Community Schools, et al*,** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021

2

# EXHIBIT 1

# INITIAL SCHEDULING ORDER

STATE OF MICHIGAN
6th JUDICIAL CIRCUIT COURT
1200 N. TELEGRAPH ROAD
PONTIAC, MICHIGAN 48341

SO-12-2022-195663-NO

WATSON,JARROD,,      V    OXFORD COMMUNITY SCHOOLS

IT IS ORDERED THAT:

- EARLY SCHEDULING CONFERENCE IS SET FOR 01/06/2023, AT 8:30 A.M. PER MCR 2.401(B)(1). ATTENDANCE IS MANDATORY FOR LEAD ATTORNEYS.

- A PARTY THAT FILES A COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD-PARTY COMPLAINT MUST SERVE ITS INITIAL DISCLOSURES WITHIN 14 DAYS AFTER ANY OPPOSING PARTY FILES AN ANSWER TO THAT PLEADING. A PARTY ANSWERING A COMPLAINT, COUNTERCLAIM, CROSS-CLAIM, OR THIRD-PARTY'S COMPLAINT MUST SERVE ITS INITIAL DISCLOSURES WITHIN THE LATER OF 14 DAYS AFTER THE OPPOSING PARTY'S DISCLOSURES ARE DUE OR 28 DAYS AFTER THE PARTY FILES ITS ANSWER. A PARTY SERVING DISCLOSURES NEED ONLY SERVE PARTIES THAT HAVE APPEARED. THE PARTY MUST SERVE LATER-APPEARING PARTIES WITHIN 14 DAYS. PER MCR 2.302(A)(5)(b).

- ALL PARTIES SHALL NAME THEIR EXPERTS BY 02/03/2023.

- THIS CASE SHALL BE EVALUATED ON OR ABOUT APRIL OF 2023. THE COURT WILL SEND A CASE EVALUATION NOTICE IN ACCORDANCE WITH MCR 2.403(G)(1).

- EACH PARTY SHALL SUBMIT ITS WITNESS LIST AND A LIST OF PROPOSED EXHIBITS TO OPPOSING COUNSEL AND THE COURT BY 02/07/2023.

- ALL DISPOSITIVE MOTIONS SHALL BE FILED BY 04/07/2023; OTHERWISE, SUCH MOTIONS WILL BE DEEMED WAIVED.

- MOTIONS IN LIMINE SHALL BE HEARD NO LATER THAN 30 DAYS PRIOR TO THE SCHEDULED TRIAL DATE.

- DISCOVERY SHALL BE COMPLETED BY 03/09/2023. ANY DISCOVERY ISSUE REGARDING ELECTRONICALLY STORED INFORMATION IS GOVERNED BY MCR 2.401(B)(2)(c) AND MUST BE BROUGHT TO THE COURT'S ATTENTION NO LATER THAN 90 DAYS BEFORE THE CLOSE OF DISCOVERY; OTHERWISE, THOSE DISCOVERY ISSUES WILL BE DEEMED WAIVED.

- THIS CASE IS SET FOR TRIAL ON 07/17/2023, AT 8:30 A.M.

- ALL DEPOSITIONS TO BE USED AT TRIAL SHALL BE PURGED NOT LATER THAN TWO WEEKS BEFORE THE TRIAL OR THE OBJECTIONS SHALL BE DEEMED WAIVED.

- IN JURY CASES, PROPOSED JURY INSTRUCTIONS SHALL BE SUBMITTED IN WRITING TO THE COURT NOT LESS THAN 7 DAYS PRIOR TO THE SCHEDULED TRIAL DATE. IN NON-JURY CASES, TRIAL BRIEFS SHALL BE SUBMITTED ONE WEEK BEFORE THE TRIAL DATE.

- THE APPEARANCE OF COUNSEL UPON A PLEADING SHALL BE DEEMED TO BE THE APPEARANCE OF EVERY MEMBER OF HIS/HER LAW FIRM. ADJOURNMENTS OF CASE EVALUATION OR TRIAL MUST BE REQUESTED BY MOTION. ANY ADJOURNMENTS AFTER THE FIRST REQUEST SHALL REQUIRE THE SIGNATURES OF THE LITIGANTS.

- OBJECTIONS TO THIS SCHEDULE MUST BE MADE WITHIN 14 DAYS OF THE DATE OF THIS ORDER OR THEY ARE DEEMED WAIVED. OBJECTIONS SHALL BE ACCOMPANIED BY A GOOD CAUSE SHOWING AND A PROPOSED ALTERNATIVE SCHEDULING ORDER AGREED TO BY ALL THE PARTIES.

DATE: 10/29/2022

/s/RAE LEE CHABOT
RAE LEE CHABOT
CIRCUIT JUDGE

ANY QUESTIONS CONCERNING THIS ORDER SHOULD BE DIRECTED TO THE ASSIGNED JUDGE'S CLERK. JUDICIAL PROTOCOLS ARE AVAILABLE AT HTTPS://WWW.OAKGOV.COM/COURTS/CIRCUIT/JUDGES

FILED Received for Filing Oakland County Clerk 10/31/2022 2:37 PM