UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

      Plaintiffs,                                Hon. Mark A. Goldsmith
                                                      Magistrate Anthony P. Patti

v                                                                  No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

      Defendants.
_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

**NOTICE OF ENTRY OF PRIOR ORDER IN *MYRE ET AL V FINE ET AL*,**

      Pursuant to this Court's Order, please take notice that the following Order has

been entered in *Myre, et al v Fine, et al*, Case No. 22-192262-NO:

    1.    Order Regarding Witnesses for Depositions (Exhibit 1)

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

DATED:  November 2, 2022

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on November 2, 2022, he did serve a copy of his **Notice of Entry of Prior Order in *Myre et al v Fine et al*,** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021

# EXHIBIT 1

FILED   Received for Filing   Oakland County Clerk   11/2/2022 1:20 PM

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

WILLIAM MYRE, and SHERI MYRE, as co-personal
representatives of the estate of TATE MYRE, *Deceased*,
and WILLIAM MYRE, and SHERI MYRE, individually;

CRAIG SHILLING, and JILL SOAVE,
as co-personal representatives of the Estate of
JUSTIN CHARLES SHILLING, *Deceased;* and
CRAIG SHILLING, and JILL SOAVE, individually;

CHAD GREGORY, as Next Friend for
KEEGAN GREGORY, a minor, and CHAD GREGORY
and MEGHAN GREGORY, individually;

LAUREN ALIANO, as Next Friend for SOPHIA KEMPEN, a minor
and GRACE KEMPEN, a minor, and LAUREN ALIANO, individually;

LAURA LUCAS, as Next Friend for ASHLYNNE SUTTON, a minor,
and LAURA LUCAS, individually.

Case No.: 22-192262-NO
Hon. Rae Lee Chabot

        Plaintiffs,

v.

PAM PARKER FINE, SHAWN HOPKINS,
NICHOLAS EJAK, JACQUELINE KUBINA,
BECKY MORGAN and ALLISON KARPINSKI,
KIMBERLY POTTS, in their individual capacities,
and ETHAN CRUMBLEY, and JENNIFER
CRUMBLEY and JAMES CRUMBLEY,
OXFORD COMMUNITY SCHOOLS, and
KIMBERLY POTTS.

        Defendants.

---

### STIPULATION

It is hereby stipulated by and between the parties, through their respective counsel, as follows:

1. The subpoenas previously issued with regard to the witnesses named below are hereby

withdrawn for any witness over whom the defendants claim the ability to produce the witness for deposition at a date and time to be agreed-upon.

    a. Diana McConnell
    b. James Rourke
    c. Ken Weaver
    d. Kimberly Potts
    e. Korey Bailey
    f. Kristy Gibson-Marshall
    g. Rene DeRyckere
    h. Steven Wolf
    i. Tom Donnelly
    j. Jill Lemond

2. Defendants will, within five (5) days of the entry of this stipulation, identify any of the above-mentioned witnesses that it cannot produce upon notice of deposition, so that Plaintiffs may subpoena such witness(es) if they so choose.

| | |
|---|---|
| /s/ Jeffrey T. Stewart | /s/ Timothy J. Mullins   by consent |
| JEFFREY T. STEWART (P24138) | TIMOTHY J. MULLINS (P28021) |
| VEN JOHNSON (P39219) | KENNETH B. CHAPIE (P66148) |
| 535 Griswold St. Ste 2632 | JOHN L. MILLER (P71913) |
| Detroit, MI 48226 | ANNABEL F. SHEA (P83750) |
| 313.324.8300 | Giarmarco, Mullins & Horton, PC |
| jstewart@venjohnsonlaw.com | Attorneys for Defendants Fine, Hopkins, Ejak Kubina, Morgan & Karpinski |
| | 101 W. Big Beaver Rd, 10th Fl. |
| | Troy, MI 48084 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |

11/2/2022

YB

/s/ Rae Lee Chabot
------------------------------------------
RAE LEE CHABOT