UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

       Plaintiffs,                              Hon. Mark A. Goldsmith
                                                          Magistrate Anthony P. Patti

v                                                                      No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

       Defendants.
_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

**<u>STIPULATED ORDER TO ADJOURN STATUS CONFERENCE</u>**

IT IS HERBY STIPULATED that the status conference set for November 28, 2022 at 11:00 a.m. be adjourned to December 5, 2022, the same date as the hearing on Defendant Acme Shooting Goods, LLC's Motion to Dismiss #42 and Plaintiffs' Motion for Leave to File Amended Complaint #50 in *Mueller v Oxford*, Case No. 22-11448, or such other date and time as may be scheduled by the Court for the reason that defense counsel, Timothy Mullins, will be out of town on November 28, 2022.

SO ORDERED.

Dated:  November 22, 2022　　　　　　　s/Mark A. Goldsmith
　　　　　Detroit, Michigan　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge

/s/Milica Filipovic (P80189)
Geoffrey N. Fieger (P30441)
James J. Harrington (P65351)
Robert G. Kamenec (P35283)
Nora Y. Hanna (P80067)
Fieger, Fieger, Kenney & Harrington, P.C.
Attorneys for Franz Plaintiffs #21-12871
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555
g.fieger@fiegerlaw.com
j.harrington@fiegerlaw.com
r.kamenec@fiegerlaw.com
n.hanna@fiegerlaw.com
m.filipovic@fiegerlaw.com

/s/Andrew J. Laurila (P78880)
Robert M. Giroux (P47966)

/s/Timothy J. Mullins (P28021)
Kenneth B. Chapie (P66148)
John L. Miller (P71913)
Annabel F. Shea (P83750)
Giarmarco, Mullins & Horton, P.C.
Attorneys for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
jmiller@gmhlaw.com
ashea@gmhlaw.com

/s/Lisa M. Esser (P70628)
Matthew L. Turner (P48706)
Sommers Schwartz, P.C.

Giroux Trial Attorneys, P.C.
Attorneys for Asciutto Plaintiffs #22-10407
28588 Northwestern Highway, Suite 100
Southfield, MI  48034
(248) 531-8665
rgiroux@greatMIattorneys.com
alaurila@greatmiattorneys.com

Attorneys for Mueller Plaintiff #22-11448
One Towne Square, Suite 1700
Southfield, MI  48076
(248) 355-0300
mturner@sommerspc.com
lesser@sommerspc.com

/s/Danielle Canepa (P82237)
Michael L. Pitt (P24429)
Beth Rivers (P33614)
Megan Bonanni (P52079)
Kevin Carlson (P67704)
Pitt, McGehee, Palmer Bonanni & Rivers, PC
Attorneys for St. Juliana Plaintiffs #22-10805
117 W. Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
mpitt@pittlawpc.com
brivers@pittlawpc.com
mbonanni@pittlawpc.com
kcarlson@pittlawpc.com
dcanepa@pittlawpc.com

/s/Ven Johnson (P39219)
Jeffrey T. Stewart (P24138)
Kanwarpreet S. Khahra (P80253)
Christopher Desmond (P71493)
Johnson Law, PLC
Attorneys for Myre Plaintiffs #22-11113
535 Griswold St., Suite 2632
Detroit, MI  48226
(313) 324-8300
vjohnson@venjohnsonlaw.com
jstewart@venjohnsonlaw.com
kkhahra@venjohnsonlaw.com
cdesmond@venjohnsonlaw.com

/s/Wolfgang Mueller (P43728)
Mueller Law Firm
Attorney for Baldwin #22-11250/Cunningham #22-11398 Plaintiffs
41850 W. 11 Mile Road, Suite 101
Novi, MI 48375
(248) 489-9653
wolf@wolfmuellerlaw.com

/s/Scott Weidenfeller (P56001)

/s/Thomas J. Rheaume (P74422)
Donovan S. Asmar (P77951)
Fawzeih H. Daher (P82995)
Bodman PLC
Attorney for Defendant Acme Shooting
 Goods, LLC Mueller #22-11448
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
trheaume@bodmanlaw.com
dasmar@bodmanlaw.com
fdaher@bodmanlaw.com

/s/Todd F. Flood (P58555)
Vincent J. Haisha (P76506)
Flood Law, PLLC
Attorneys for Watson Plaintiffs #22-11959
155 W. Congress St., Ste. 603
Detroit, MI 48226
(248) 547-1032
tflood@floodlaw.com
vhaisha@floodlaw.com

/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Deborah Gordon Law
Attorneys for Ossege Plaintiffs #22-11251
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI  48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

3

Manvir S. Grewal, Sr. (P48082)
Grewal Law, PLLC
Attorneys for Jones Plaintiffs #22-11360
345 E. Cady St., 3rd Floor
Northville, MI  48167
(517)393-3000
sweidenfeller@4grewal.com