UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

                Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

                Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

**COMMON ORDER SETTING MOTION SCHEDULE**

On October 5, 2022, this Court entered an order in all Oxford Cases deferring the filing of any motions addressing qualified immunity until further order of the Court.[1]

Defendants are instructed to file any motion asserting the defense of qualified immunity and any motion for a stay of discovery based on qualified immunity by December 22, 2022. Plaintiffs must file a response by January 26, 2023. Any reply is due February 9, 2023. To avoid duplicative filings, Defendants must file their motions only in the instant case, although they should address in the papers all cases as to which they seek a ruling. Plaintiffs in all the Oxford

---

[1] The Oxford Cases are the cases before this Court that relate to the November 30, 2021 shooting at Oxford High School. These cases consist of: Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11113, Myre et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11250, Beausoleil v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11251, Ossege v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11360, GLJ et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11959, Watson et al. v. Oxford Community School District, et al.; and Case No. 22-cv-11398, Cunningham et al. v. Oxford Community School District et al.

2

cases as to which Defendants seek a ruling must file joint responsive papers in the instant case setting forth the view of all Plaintiffs unless a Plaintiff invokes the opt-out procedure set forth in Common Order Regarding Coordination of Related Cases (Dkt. 83).

    SO ORDERED.

Dated: December 12, 2022                 s/Mark A. Goldsmith  
      Detroit, Michigan                   MARK A. GOLDSMITH  
                                                   United States District Judge