UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al.,

                              Case No. 21-cv-12871

    Plaintiffs,

vs.                                HON. MARK A. GOLDSMITH

OXFORD COMMUNITY SCHOOL
DISTRICT, et al.,

    Defendants.
_____/

**ORDER ADJOURNING DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER (Dkt. 50)**

    All deadlines in the case management and scheduling order (Dkt. 50) are adjourned until further order of the Court.

    SO ORDERED.

Dated:  December 13, 2022                s/Mark A. Goldsmith
        Detroit, Michigan                  MARK A. GOLDSMITH
                                              United States District Judge