UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

        Plaintiffs,                           Hon. Mark A. Goldsmith
                                           Magistrate Anthony P. Patti

v                                              No. 21-12871

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
PAMELA FINE, JACQUELYN KUBINA,
ALLISON KARPINSKI and BECKY MORGAN,

        Defendants.

_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

## NOTICE OF ENTRY OF PRIOR ORDER IN *MYRE ET AL V FINE ET AL*,

      Pursuant to this Court's Order, please take notice that the following Order has

been entered in *Myre, et al v Fine, et al,* Case No. 22-192262-NO:

1. Order Regarding Plaintiff's Motion for Extension of Discovery, Adjournment of Hearing Date on Motion for Summary Disposition and for Leave to File Supplemental Briefs on Summary Disposition Motion (Exhibit 1)

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

DATED: January 10, 2023

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on January 10, 2023, he did serve a copy of his **Notice of Entry of Prior Order in *Myre et al v Fine et al*,** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021

2

# EXHIBIT 1

**STATE OF MICHIGAN**

**CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

MYRE,WILLIAM,,                                    NO. 2022-192262-NO
    Plaintiff,

V                                                HON. MARY ELLEN BRENNAN

FINE,PAM,PARKER,
    Defendant.

<u>**ORDER REGARDING MOTION**</u>

**Motion Title**: Plaintiffs' Motion for Extension of Discovery, Adjournment of Hearing Date on Motion for Summary Disposition, and for Leave to File Supplemental Briefs on Summary Disposition Motion

**The above-named motion is:**          **Denied**

**In addition**: Plaintiffs' motion was scheduled to be heard on January 4, 2023. Defendants filed their response on the afternoon of January 3, 2023.  To allow the Court time to consider the response, and pursuant to MCR 2.119(E)(3), the Court did not hear oral argument on the motion.

The Court notes that Defendant Oxford Community Schools first filed its motion for summary disposition on March 23, 2022. The individual defendants first filed their motion for summary disposition on April 1, 2022.  The hearing on the motions has been adjourned numerous times.

Having considered the motion and response, the Court denies the request to extend discovery and the request to permit supplemental briefing.  The Court will hear Defendants' motion for summary disposition by Zoom on February 1, 2023 at 8:30 a.m. Plaintiffs' argument will be limited to 30 minutes and Defendants' argument will be limited to 30 minutes. A portion of the 30 minutes may be reserved for a reply argument.

Dated:  1/5/2023

*Mary Ellen Brennan*
HON. MARY ELLEN BRENNAN
CIRCUIT COURT JUDGE

FILED   Received for Filing   Oakland County Clerk   1/5/2023 4:07 PM