UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

    Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

    Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

### ORDER REGARDING SUPPLEMENTAL BRIEFING

Before the Court is a motion filed by all Plaintiffs who brought state law claims in the related Oxford Cases before this Court.[1] These Plaintiffs move to voluntarily dismiss their state law claims without prejudice pursuant to Federal Rule of Civil Procedure 42(a)(2) (Dkt. 118). The Court held a hearing on this motion on February 23, 2023. As discussed at the hearing, Plaintiffs must file any supplemental briefing in support of their motion by 5:00 p.m. on February 24, 2023.

    SO ORDERED.

Dated: February 24, 2023
        Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

---

[1] These actions are: Case No. 21-cv-12871, Franz et al. v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-10407, Asciutto et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11113; Case No. 22-cv-10805, St. Juliana et al v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11250, Beausoleil v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11251, Ossege v. Oxford Community School District et al. (E.D. Mich.); Case No. 22-cv-11360, GLJ et al. v. Oxford Community School District et al. (E.D. Mich.); and Case No. 22-cv-11448, Mueller et al. v. Oxford Community School District et al. (E.D. Mich.).