UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY FRANZ, et al,

        Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT, et al.,

        Defendants.

No. 21-cv-12871

Hon. Mark A. Goldsmith

## <u>COMMON ORDER FOR JOINT STATEMENT</u>

The Court has noticed a status conference via Zoom in the related Oxford Cases on May 25, 2023 at 10:00 a.m..[1]

By May 23, 2023, the parties must file a joint statement setting forth their points of agreement and disagreement as to (i) what future proceedings are required, (ii) what schedule should be established or how any existing schedule should be modified, and (iii) to what extent phases, dates, or proceedings should be coordinated as to all Oxford Cases.

SO ORDERED.

Dated: May 16, 2023
  Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

---

[1] The related Oxford Cases are: <u>Franz et al. v. Oxford Community School District et al.</u>, No. 21-cv-12871 (E.D. Mich.); <u>Asciutto et al v. Oxford Community School District et al.</u>, No. 22-cv-10407 (E.D. Mich.); <u>Myre, et al. v. Oxford Community School District, et al.</u>, No. 22-cv-11113 (E.D. Mich.); <u>St. Juliana et al v. Oxford Community School District et al.</u>, No. 22-cv-10805 (E.D. Mich.); <u>Beausoleil v. Oxford Community School District et al.</u>, No. 22-cv-11250 (E.D. Mich.); <u>Ossege v. Oxford Community School District et al.</u>, No. 22-cv-11251 (E.D. Mich.); <u>G.J. et al. v. Oxford Community School District et al.</u>, No. 22-cv-11360, (E.D. Mich.); <u>Mueller et al. v. Oxford Community School District et al.</u>, No. 22-cv-11448 (E.D. Mich.); <u>Watson et al. v. Oxford Community School District, et al.</u>, 22-cv-11959 (E.D. Mich.); and <u>Cunningham et al. v. Oxford Community School District et al.</u>, No. 22-cv-11398 (E.D. Mich.).