UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for ISABELLA FRANZ, a Minor,

           Plaintiffs,                    Hon. Mark A. Goldsmith
                                      Magistrate Anthony P. Patti

v                                        No. 21-12871

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK, and SHAWN HOPKINS,

| DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY |
| --- |

           Defendants.

_____/

| | |
| --- | --- |
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Nora Y. Hanna (P80067) | Annabel F. Shea (P83750) |
| Milica Filipovic (P80189) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| n.hanna@fiegerlaw.com | |
| m.filipovic@fiegerlaw.com | |

SANDRA A. CUNNINGHAM, Next Friend
of P.A., a minor,

       Plaintiff,                     Hon. Mark A. Goldsmith

                                         Magistrate Anthony P. Patti

v                                      No. 22-11398

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

       Defendants.

_____/

| | |
|---|---|
| Wolfgang Mueller (P43728) | Timothy J. Mullins (P28021) |
| Mueller Law Firm | Kenneth B. Chapie (P66148) |
| *Attorney for Plaintiff* | John L. Miller (P71913) |
| 41850 W. 11 Mile Road, Suite 101 | Annabel F. Shea (P83750) |
| Novi, MI 48375 | Giarmarco, Mullins & Horton, P.C. |
| (248) 489-9653 | *Attorneys for Defendants* |
| wolf@wolfmuellerlaw.com | 101 W. Big Beaver Road, 10th Floor |
| | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

NICOLETTE ASCIUTTO, as Next
Friend of JOHN ASCIUTTO and
ANTHONY ASCIUTTO II, minors;
and JOHN VACKARO as Next Friend
of MARCO VACKARO, a Minor,

        Plaintiffs,                Judge Mark A. Goldsmith
                                  Magistrate Anthony P. Patti
v                                No. 22-10407

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK, and
SHAWN HOPKINS,

        Defendants.

_____/

| | |
|---|---|
| ROBERT M. GIROUX (P47966) | TIMOTHY J. MULLINS (P28021) |
| ANDREW J. LAURILA (P78880) | KENNETH B. CHAPIE (P66148) |
| Giroux Trial Attorneys, P.C. | JOHN L. MILLER (P71913) |
| *Attorneys for Plaintiffs* | ANNABEL F. SHEA (P83750) |
| 28588 Northwestern Highway, Suite 100 | Giarmarco, Mullins & Horton, P.C. |
| Southfield, MI 48034 | *Attorneys for Defendants* |
| (248) 531-8665 | 101 W. Big Beaver Road, 10th Floor |
| rgiroux@greatMIattorneys.com | Troy, MI 48084-5280 |
| alaurila@greatmiattorneys.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

NICOLE BEAUSOLEIL, Personal
Representative of the Estate of Madisyn
Baldwin, Deceased,

       Plaintiff,                            Hon. Mark A. Goldsmith

                                           Magistrate David R. Grand

v                                        No. 22-11250

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

       Defendants.

_____/

| | |
|---|---|
| Wolfgang Mueller (P43728) | Timothy J. Mullins (P28021) |
| Mueller Law Firm | Kenneth B. Chapie (P66148) |
| *Attorney for Plaintiff* | John L. Miller (P71913) |
| 41850 W. 11 Mile Road, Suite 101 | Annabel F. Shea (P83750) |
| Novi, MI 48375 | Giarmarco, Mullins & Horton, P.C. |
| (248) 489-9653 | *Attorneys for Defendants* |
| wolf@wolfmuellerlaw.com | 101 W. Big Beaver Road, 10th Floor |
| | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

G.J., a Minor, by his Next Friend,
Andrea Jones, et al,

      Plaintiffs,                Judge Mark Goldsmith

v                                No. 22-11360

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

      Defendants.
_____/

| | |
|---|---|
| MANVIR S. GREWAL, SR. (P48082) | TIMOTHY J. MULLINS (P28021) |
| SCOTT WEIDENFELLER (P56001) | KENNETH B. CHAPIE (P66148) |
| Grewal Law, PLLC | JOHN L. MILLER (P71913) |
| *Attorneys for Plaintiffs* | ANNABEL F. SHEA (P83750) |
| 345 E. Cady St., 3rd Floor | Giarmarco, Mullins & Horton, P.C. |
| Northville, MI  48167 | *Attorneys for Defendants* |
| (517)393-3000 | 101 W. Big Beaver Road, 10th Floor |
| sweidenfeller@4grewal.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| AMY L. MARINO (P76998) | tmullins@gmhlaw.com |
| Marino Law PLLC | kchapie@gmhlaw.com |
| *Attorneys for Plaintiffs* | jmiller@gmhlaw.com |
| 18977 W. Ten Mile Road, Suite 100E | ashea@gmhlaw.com |
| Southfield, MI  48075 | |
| (248)797-9944 | |
| amy@marinopllc.com | |

MATTHEW MUELLER and MARY
MUELLER as Co-Next Friends for
E.M., a minor,                                          Hon. Mark Goldsmith
                                                        No. 22-11448

            Plaintiff,

v

OXFORD COMMUNITY SCHOOLS,
SHAWN HOPKINS, NICHOLAS EJAK,
and ACME
SHOOTING GOODS, LLC,

            Defendants.
_____/

| | |
|---|---|
| Matthew L. Turner (P48706) | Timothy J. Mullins (P28021) |
| Lisa M. Esser (P70628) | Kenneth B. Chapie (P66148) |
| Sommers Schwartz, P.C. | John L. Miller (P71913) |
| *Attorneys for Plaintiff* | Annabel F. Shea (P83750) |
| One Towne Square, Suite 1700 | Giarmarco, Mullins & Horton, P.C. |
| Southfield, MI  48076 | *Attorneys for Defendants Oxford, Hopkins,* |
| (248) 355-0300 | *Ejak, Throne, Wolf and Weaver* |
| mturner@sommerspc.com | 101 W. Big Beaver Road, 10th Floor |
| lesser@sommerspc.com | Troy, MI 48084-5280 |
| | (248) 457-7020 |
| Jonathan E. Lowy | tmullins@gmhlaw.com |
| Erin C. Davis | kchapie@gmhlaw.com |
| Robert Cross | jmiller@gmhlaw.com |
| *Co-Counsel for Plaintiff* | ashea@gmhlaw.com |
| 840 Street NE, Suite 400 | |
| Washington DC  20002 | Thomas J. Rheaume (P74422) |
| (202) 370-8106 | Donovan S. Asmar (P77951) |
| jlowy@bradyunited.org | Fawzeih H. Daher (P82995) |
| edavis@bradyunited.org | Bodman PLC |
| rcross@bradyunited.org | *Attorney for Defendant Acme Shooting* |
| | *Goods, LLC* |
| | 201 W. Big Beaver Road, Suite 500 |
| | Troy, MI 48084 |
| | (248) 743-6000 |
| | trheaume@bodmanlaw.com |
| | dasmar@bodmanlaw.com |
| | fdaher@bodmanlaw.com |

WILLIAM MYRE, and SHERI MYRE,

as co-personal representatives of the Estate
of T.M., Deceased; CRAIG SHILLING, and
JILL SOAVE, as co-personal representatives
of the Estate of J. S., Deceased; CHAD
GREGORY, as Next Friend for K. G., a minor;
LAUREN ALIANO, as Next Friend for S.K.,
a minor, and G.K., a minor; and LAURA LUCAS,
as Next Friend for A.S., a minor,

        Plaintiffs,                      Judge Mark A. Goldsmith

v                                         No. 22-11113

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK, and SHAWN HOPKINS,

        Defendants.

_____/

| | |
|---|---|
| VEN JOHNSON (P39219) | TIMOTHY J. MULLINS (P28021) |
| JEFFREY T. STEWART (P24138) | KENNETH B. CHAPIE (P66148) |
| KANWARPREET S. KHAHRA (P80253) | JOHN L. MILLER (P71913) |
| CHRISTOPHER DESMOND (P71493) | ANNABEL F. SHEA (P83750) |
| Johnson Law, PLC | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 535 Griswold St., Suite 2632 | 101 W. Big Beaver Road, 10th Floor |
| Detroit, MI  48226 | Troy, MI 48084-5280 |
| (313) 324-8300 | (248) 457-7020 |
| vjohnson@venjohnsonlaw.com | tmullins@gmhlaw.com |
| jstewart@venjohnsonlaw.com | kchapie@gmhlaw.com |
| kkhahra@venjohnsonlaw.com | jmiller@gmhlaw.com |
| cdesmond@venjohnsonlaw.com | ashea@gmhlaw.com |

KYLIE OSSEGE,

       Plaintiff,                   Hon. Mark A. Goldsmith
                                             Magistrate Judge Anthony P. Patti

v                                            No. 22-11251

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

       Defendants.

_____/

| | |
|---|---|
| Deborah L. Gordon (P27058) | Timothy J. Mullins (P28021) |
| Elizabeth Marzotto Taylor (P82061) | Kenneth B. Chapie (P66148) |
| Sarah Gordon Thomas (P83935) | John L. Miller (P71913) |
| Molly Savage (P84472) | Annabel F. Shea (P83750) |
| Deborah Gordon Law | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 33 Bloomfield Hills Parkway, Suite 220 | 101 W. Big Beaver Road, 10th Floor |
| Bloomfield Hills, MI 48304 | Troy, MI 48084-5280 |
| (248) 258-2500 | (248) 457-7020 |
| dgordon@deborahgordonlaw.com | tmullins@gmhlaw.com |
| emarzottotaylor@deborahgordonlaw.com | kchapie@gmhlaw.com |
| sthomas@deborahgordonlaw.com | jmiller@gmhlaw.com |
| msavage@deborahgordonlaw.com | ashea@gmhlaw.com |

STEVE ST. JULIANA, Personal
Representative of the Estate of HANA
ST. JULIANA, deceased, and REINA
ST. JULIANA, a minor, by her NEXT
FRIEND, STEVE ST. JULIANA,

    Plaintiffs,      Judge Mark A. Goldsmith
              Magistrate Judge Anthony P. Patti
v             No. 22-10805

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK, and
SHAWN HOPKINS,

    Defendants.
_____/

| | |
|---|---|
| Michael L. Pitt (P24429) | Timothy J. Mullins (P28021) |
| Beth Rivers (P33614) | Kenneth B. Chapie (P66148) |
| Megan Bonanni (P52079) | John L. Miller (P71913) |
| Kevin Carlson (P67704) | Annabel F. Shea (P83750) |
| Danielle Canepa (P82237) | Giarmarco, Mullins & Horton, P.C. |
| Pitt, McGehee, Palmer Bonanni & Rivers, PC | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 117 W. Fourth Street, Suite 200 | Troy, MI 48084-5280 |
| Royal Oak, MI 48067 | (248) 457-7020 |
| (248) 398-9800 | tmullins@gmhlaw.com |
| mpitt@pittlawpc.com | kchapie@gmhlaw.com |
| brivers@pittlawpc.com | jmiller@gmhlaw.com |
| mbonanni@pittlawpc.com | ashea@gmhlaw.com |
| kcarlson@pittlawpc.com | |
| dcanepa@pittlawpc.com | |

JARROD WATSON, and LINDA WATSON,
as co-Next Friends for A.W., a minor; and
JARROD WATSON and LINDA WATSON,
Individually,

                Plaintiffs,                          Judge Mark A. Goldsmith

v                                          No. 22-11959

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK, and
SHAWN HOPKINS,

                Defendants.
_____/

| | |
|---|---|
| TODD F. FLOOD (P58555) | TIMOTHY J. MULLINS (P28021) |
| VINCENT J. HAISHA (P76506) | KENNETH B. CHAPIE (P66148) |
| FLOOD LAW, PLLC | JOHN L. MILLER (P71913) |
| *Attorneys for Plaintiffs* | ANNABEL F. SHEA (P83750) |
| 155 W. Congress St., Ste. 603 | Giarmarco, Mullins & Horton, P.C. |
| Detroit, MI 48226 | *Attorneys for Defendants* |
| (248) 547-1032 | 101 W. Big Beaver Road, 10th Floor |
| tflood@floodlaw.com | Troy, MI 48084-5280 |
| vhaisha@floodlaw.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

10

1.    **THIS COURT SHOULD GRANT DEFENDANTS' MOTION SINCE ANY OPPOSITION TO THE RELIEF SOUGHT IN DEFENDANTS' MOTION IS WAIVED.**

Local Rule 7.1(e)(1)(A) states that "Responses to all motions … must be filed within 14 days after service of the motion." Here, Defendants filed their motion to stay all proceedings and discovery pending appeal of the qualified immunity issue on June 2, 2023. (ECF No. 150). Pursuant to Local Rule 7.1(e)(1)(A), Plaintiffs' response was due on or before **June 16, 2023**. To date, Plaintiffs have not filed a response to Defendants' Motion.

Based on Plaintiffs' failure to respond and to oppose the arguments made in Defendants' Motion, this Court should assume that any opposition to the relief sought in the Motion is waived. *See Sulfridge v. Huff*, __F. Supp. 2d__, 2007 WL 1319278 (E.D. Tenn. May 3, 2007)(granting the defendant's motion to stay discovery while the qualified immunity issue was on appeal since the plaintiff failed to respond to the motion which was deemed a waiver of any opposition to the relief sought); *see also Humphrey v. U.S. Attorney Gen.'s Office*, 279 F. App'x 328, 331 (6th Cir. 2008)(finding that a plaintiff's failure to oppose arguments raised in the defendant's motion to dismiss was grounds for the district court to assume that opposition to the motion was waived). Therefore, Defendants' unopposed Motion should be granted.

**CONCLUSION**

11

For all the reasons stated above, and those stated in Defendants' Motion to Stay, this Court should grant Defendants' Motion and stay all discovery and proceedings pending the Sixth Circuit's decision of the qualified immunity issue on appeal.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Oxford Defendants

DATED: June 21, 2023

## CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on June 21, 2023, he did serve a copy of **Defendants' Reply in Support of Motion to Stay** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorneys for Oxford Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021