UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RILEY FRANZ, and JEFFREY FRANZ
and BRANDI FRANZ, as NEXT FRIEND
for I. F., a Minor,

    Plaintiffs,                        Hon. Mark A. Goldsmith
                                          Magistrate Anthony P. Patti
v                                                        No. 21-12871

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

    Defendants.
_____/

| | |
|---|---|
| Geoffrey N. Fieger (P30441) | Timothy J. Mullins (P28021) |
| James J. Harrington (P65351) | Kenneth B. Chapie (P66148) |
| Robert G. Kamenec (P35283) | John L. Miller (P71913) |
| Milica Filipovic (P80189) | Annabel F. Shea (P83750) |
| Jennifer G. Damico (P51403) | Giarmarco, Mullins & Horton, P.C. |
| Fieger, Fieger, Kenney & Harrington, P.C. | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | 101 W. Big Beaver Road, 10th Floor |
| 19390 West Ten Mile Road | Troy, MI 48084-5280 |
| Southfield, MI 48075 | (248) 457-7020 |
| (248) 355-5555 | tmullins@gmhlaw.com |
| g.fieger@fiegerlaw.com | kchapie@gmhlaw.com |
| j.harrington@fiegerlaw.com | jmiller@gmhlaw.com |
| r.kamenec@fiegerlaw.com | ashea@gmhlaw.com |
| m.filipovic@fiegerlaw.com | |
| j.damico@fiegerlaw.com | |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Opinion issued March 20, 2025 by Judge Kethledge, Judge Larsen, and Judge Mathis of the United States Court of Appeals for the Sixth Circuit in Case Nos. 23-1483 / 1563, remanding the cases to the United States District Court for dismissal,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

Dated: May 20, 2025              s/Mark A. Goldsmith  
    Detroit, Michigan          MARK A. GOLDSMITH  
                                         United States District Judge